**SEALED**

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 0 3 2007

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 3:07CR00001 |
| | : | |
| KEVIN ALFRED STROM | : | **S E A L E D** |

O R D E R

It is hereby ORDERED that the Indictment and all related documents in the above-captioned case be placed under seal for 30 days or until the defendant is in custody, whichever is sooner.

ENTERED: This __3__ day of January, 2007.

_____
JUDGE