**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 0 3 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | Criminal No. 307CR00001 |
| KEVIN ALFRED STROM | In violation of: |
| | Title 18, United States Code Sections 1512; 2252A(a)(5)(B); and 2252A(b)(2). |

### Count One

(Possession of Child Pornography)

The Grand Jury charges:

That after on or about October 17, 2005, and continuing up until on or about August 4, 2006, in the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly possess, or attempt to possess, material containing multiple images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, digital image files entitled: karen.jpg; 40 GB Hard Drive\C\Unallocated Clusters (Page 128, picture 1); 40 GB Hard Drive\C\Unallocated Clusters (Page 111, picture 1); and 40 GB Hard Drive\C\Unallocated Clusters (Page 115, picture 1); that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, or shipped or transported in interstate or foreign

commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### Count Two

(Obstruction of Justice - Witness Tampering)

The Grand Jury charges:

That after on or about October 17, 2005, and continuing up until the return of this Indictment, the defendant, KEVIN ALFRED STROM, corruptly attempted to obstruct and influence an official proceeding, that is, KEVIN ALFRED STROM, among other things, physically assaulted and mentally intimidated and otherwise threatened, harassed, and intimidated, Witness A in an attempt to prevent Witness A from reporting KEVIN ALFRED STROM'S ongoing criminal activity, including but not limited to that set forth in Count One of this Indictment, which is incorperated herein by refenence.

In violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL, this 3rd day of January, 2007.

_____
FOREMAN

_____
UNITED STATES ATTORNEY