UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT CHARLOTTESVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action: 3:07CR00001-001 |
| | Date: 1/4/2007 |
| vs. | Judge: B Waugh Crigler |
| | Court Reporter: M. Bottiglieri, FTR |
| | Deputy Clerk: M. Bottiglieri |
| KEVIN ALFRED STROM | Probation Off.: David Bean |
| Present/Custody | Interpreter: |
| | Time in Court: 2:05-2:25 (20 min) |
| | Type of Hrg: INIT APPEARANCE |

## COUNSEL OF RECORD

USA Attorney: William Gould, AUSA

Atty for Deft: **X** /CJA ___ /Ret ___ /None
Andrea Harris

Case Agent: Brian O'Donnell

### WITNESSES

1. _____    1. _____

2. _____    2. _____

## INITIAL APPEARANCE

Indictment **X** or Complaint ___    Arrest Date: _____    Warrant: Y/N **Y** or For Cause Y/N **Y**

___ Adv. of Rights:    Immediate Request for continuance by defendant: _____
                       Hearing cont'd to _____

**X** Motion to Unseal by Govt **X**     Motion to Unseal Granted **X**    Denied ___

**X** Identity:
       Admitted **X**    Stipulated ___    Evidence taken ___    Probable Cause Found ___

**X** Counsel:
       Present **X**  Without Counsel **X**   Counsel requested prior to Initial Appearance ___
       Fin Affidavit filed ___   Request granted for CJA **X**    Deft to retain counsel ___
       Hrg contd for deft to next app w/ counsel for IA ___   Bail **X**  Dtn ___  Arrgn **X**  Other ___

___ PrelimHrg: Waived Open Court ___   Prelim Held ___  PC Found Y/N **Y**  HrgReq ___  Set for _____

___ Conds/Release and/or Detention:
       Govt Mtn for Dtn made ___   Opposed by Defts ___   Hrg set for _____ on
       Govt Mtn for cont of detn hrg (up to 3 days) ___   Deft Mtn for cont/det hrg (up to 5 days) ___
       Bond Set $_____ Cash ___ 10% Corp Surety ___ Property ___ Mtn/Dtn Granted ___
       Conditions of Release or Reasons for Detention:

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1) | no viol law | ☐ 2) | appear ct ... | ☐ 3) | remain residence |
| ☐ 4) | USPO supv | ☐ 5) | no drugs | ☐ 6) | urinalysis |
| ☐ 7) | no guns | ☐ 8) | no dogs | ☐ 9) | remain WDVA |
| ☐ 10) | | ☐ 11) | | ☐ 12) | |
| ☐ 13) | | ☐ 14) | | ☐ 15) | |

Advised as to penalties/sanctions in open court ___

**X** DEFT TO NEXT APPEAR FOR Arr/Bond ON 1/5/2007 BEFORE JUDGE B Waugh Crigler at 2:00

**ORDERS FORTHCOMING:**

CJA 20 ___    Bond ___    Temp Dtn **X**    Dtn Pending Trial ___    Notice **X**    Other ___

Defendant present for initial appearance, attorney Frank Buck is present although is not noting his appearance in this case.
Defendant provided with copy of indictment.
Defendant is informed of rights.
Defendant advised of charges and penalties.
Defendant wishes to retain counsel.

Government seeks detention.
Defendant advised of right to bail hearing without counsel.
Defendant now wishes to seek court appointed counsel.
Court seeks financial information in open court.
Government's states its position on court appointed counsel.
Remarks by court; if assets are discovered that defendant may have or own after investigated, then defendant will have to reimburse government for cost of public defender, and retain counsel on his own.
Court will appoint the assistant public defender Andrea Harris
Bond and arraignment set for 1/5/2007 at 2:00 pm
Defendant remanded to custody of USMS.