AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__Western__ District of _____

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 04 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

KEVIN ALFRED STROM
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 3:07CR00001-001

Upon motion of the _____ defendant / government _____, it is ORDERED that a detention hearing is set for __1-5-07__ * at __2:00 pm__
                                                                                      Date                                    Time

before _____Honorable B Waugh Crigler, US Magistrate_____
                              *Name of Judicial Officer*

_____255 West Main Street-Room 326, Charlottesville VA 22902_____
                              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____United States Marshal Service_____) and produced for the hearing.
              *Other Custodial Official*

Date: __[signature]__                                  __[signature] 1-4-07__
                                                                            *Judge*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.