UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**          **NOTICE**

      v.          **CASE NO.:   3:07CR00001-001**

**KEVIN ALFRED STROM (CUSTODY)**

---

**TYPE OF CASE:**

    CIVIL          **X**   CRIMINAL

---

**X   TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**

| | |
|---|---|
| U. S. DISTRICT COURT | **ROOM:** 326 |
| 255 West Main Street | **DATE:** JANUARY 5, 2007 |
| Charlottesville, VA  22902 | **TIME:** 2:00 PM |

---

**TYPE OF PROCEEDING:**

**ARRAIGNMENT AND BOND HEARING**

---

            **JOHN F. CORCORAN, CLERK OF COURT**

DATE:  January 4, 2007          By: /s/ Michele Bottiglieri
                                          DEPUTY CLERK

To:  U. S. Attorney, William Gould
     Asst. Public Defender's Office, Andrea Harris
     File
     U. S. Probation Office
     U. S. Marshal
     B. Waugh Crigler, U. S. Magistrate Judge
     Brenda Dameron,Deputy Clerk