# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CRIMINAL MINUTES - ARRAIGNMENT AND Bond Hearing

Case No. 3:07CR00001     Date 1/5/07

U.S.A. vs. Kevin Alfred Strom     Counsel Andrea S. Lantz Harris

1. (x) present  (x) custody  ( ) bond  ( ) age     (x) present  ( ) retained  (x) appointed
2. ( ) present  ( ) custody  ( ) bond  ( ) age     ( ) present  ( ) retained  ( ) appointed
3. ( ) present  ( ) custody  ( ) bond  ( ) age     ( ) present  ( ) retained  ( ) appointed
4. ( ) present  ( ) custody  ( ) bond  ( ) age     ( ) present  ( ) retained  ( ) appointed

PRESENT: HON. B. Waugh Crigler , JUDGE     USPO: David Bean

| Heidi N. Wheeler | Sonia Ferris | William Gould |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**PROCEEDINGS:**

___ Waiver of Indictment filed   ___ Information filed   ___ Waived Appt. of Counsel

___ Arraignment and plea continued to _____

___ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

**X** Defendant states that true name is _____ SAME _____ Given COPY Indictment (Information)

**X** Defendant waives reading of Indictment-Information   ___ Indictment-information read

**X** Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

___ Defendant moves to CHANGE PLEA   ___ Court grants motion

___ Plea Agreement filed with/stated to Court

___ Defendant is re-arraigned as to Ct(s) _____

___ Continued for plea to _____

___ Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea

___ Court _____ plea of _____

___ Guilty Plea form executed and filed

___ Government _____ evidence to support plea and rests   Witness: _____

___ Court finds defendant guilty as charged in Ct(s) _____

**DEFENDANT PLEADS:**
(list counts)

|   | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
|---|---|---|---|---|
| 1. |   | All Counts |   |   |
| 2. |   |   |   |   |
| 3. |   |   |   |   |
| 4. |   |   |   |   |

___ Assigned for hearing on pending motions on _____

___ Assigned to calendar of Judge _____ for all further proceedings.

___ Trial set for _____   ( ) Jury  ( ) Non-jury     ___ Continued to _____ for setting for trial

___ Court received Presentence Report.     ___ Copy of Presentence Report not requested.

___ Court orders Presentence Report.     ___ Copy of same furnished to counsel.

___ Defendant to remain on bond.     **X** Defendant remanded to custody.

Case continued until _____ at _____ for sentencing.

Time in Court: 2 min

ARRAIGNMENT/BOND HEARING:  2:03-2-05  Deputy Clerk- Heidi N. Wheeler

Defendant present with counsel for arraignment and bond hearing.  Defendant sworn by Court.  Court goes over background information.  Court goes over charges, rights, penalties and guidelines. Defendant pleads not guilty to all counts.

Government seeks detention. Defense will not seek bond at this time.