UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**          NOTICE

           v.                         **CASE NO.:** 3:07CR00001-001

**KEVIN ALFRED STROM**

---
**TYPE OF CASE:**
           CIVIL           **X**    CRIMINAL
---

**X    TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---
**PLACE:**                            300

**U. S. DISTRICT COURT**
255 West Main Street                  **DATE:** 15 MARCH 2007
Charlottesville, VA  22902            **TIME:** 9:30 A.M.
---
**TYPE OF PROCEEDING:**

**JURY TRIAL ( TWO DAYS )**

---

                              JOHN F. CORCORAN, CLERK OF COURT

DATE:  January 9, 2007        By:  /s/ H. Wheeler
                                        DEPUTY CLERK

To:  Andrea Harris, Esq.
     AUSA-William Gould
     File
     U. S. Probation Office
     U. S. Marshal
     Norman K. Moon, U.S. District Judge
     Brenda Dameron, Deputy Clerk