```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF VIRGINIA
                CHARLOTTESVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                      Case No. 3:07CR00001

KEVIN ALFRED STROM

### REQUEST FOR RULE 404(b) NOTICE

Comes now the defendant, Kevin Alfred Strom, pursuant to Federal Rule of Evidence 404(b) and requests the government to identify promptly any evidence of other crimes, wrongs or acts that it intends to introduce at trial, including the basis for such admission and the facts relied upon in support of admission.

                                          Respectfully submitted,
                                          KEVIN ALFRED STROM
                                          By Counsel

Counsel:

<u>S/Andrea L. Harris</u>
Andrea L. Harris
Asst. Federal Public Defender
401 East Market Street, Suite 106
Charlottesville, VA 22902
(434) 220-3387
VSB 37764
<u>Andrea_Harris@fd.org</u>

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                        S/Andrea S. Harris
                                        Andrea S. Harris
                                        Asst. Federal Public Defender
                                        VSB
                                        401 E. Market Street, Ste. 106
                                        Charlottesville, VA 22902
                                        Tel (434) 220-3387
                                        Andrea_Harris@fd.org