```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF VIRGINIA
                 HARRISONBURG DIVISION
```

UNITED STATES OF AMERICA

v.                                      Case No. 3:07CR00001

KEVIN ALFRED STROM

**ORDER**

This matter is before the court on the motion of the defendant, KEVIN ALFRED STROM, for a continuance of his jury trial, presently scheduled to begin on March 15, 2007.

For the reasons set out in the defendant's motion, the court finds that the ends served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation.  There has been no prior motion for a continuance made on behalf of this defendant, and there is no objection by the government.  It is accordingly

ORDERED, that the motion for continuance is granted; and it is FURTHER ORDERED that the trial of this case is rescheduled to June 20-21, 2007, and the Speedy Trial time limit is extended to that date.

ENTERED this _____ day of March, 2007.

_____
United States District Judge