✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

Western _____ DISTRICT OF _____ Virginia

UNITED STATES OF AMERICA

V.

KEVIN ALFRED STROM

**NOTICE**

CASE NUMBER: 3:07CR00001

TYPE OF CASE:

☐ **CIVIL**   ☑ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. 300 |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

JURY TRIAL TWO DAYS

☑ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 255 West Main Street Charlottesville, Virginia 22902 | 3/15/2007 9:30 am | 6/20/2007 9:30 am |

JOHN F. CORCORAN, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

3/6/2007            /s/ Heidi N. Wheeler

DATE                (BY) DEPUTY CLERK

TO:

Andrea Harris, Esq.
AUSA-William Gould
File
USPO
USMS
Brenda Dameron
Hon. Norman K. Moon, U.S. District Judge