

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 0 4 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
APRIL 2007, SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 3:07CR00001 |
| v. | : In violation of: |
| KEVIN ALFRED STROM | : Title 18, United States<br>: Code, Sections 1512(c)(2);<br>: 2252A(a)(2); 2252A(b)(1);<br>: and 2422(b) |

## SUPERSEDING INDICTMENT

### Count One
(Coercion and Enticement)

The Grand Jury charges:

That between within or about September 2005, until January 4, 2007, in the Western Judicial District of Virginia, and elsewhere, the defendant, KEVIN ALFRED STROM, used a facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce, or attempt to persuade, induce, entice, or coerce, one or more individuals who had not attained the age of 18 years, including a ten year old child, to engage in sexual activity for which a person can be charged with a criminal offense, including Va. Stat. §§ 18.2-67.3; 18.2-370.A(1); and 18.2-374.1(B)(1).

In violation of Title 18, United States Code, Section 2422(b).

### Count Two
(Receipt of Child Pornography)

The Grand Jury Charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including the image entitled: DERH1-original\40 GB Hard Drive\C\Unallocated Clusters (page 128 of FBI CART report), that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

### Count Three
(Receipt of Child Pornography)

The Grand Jury Charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as

defined in Title 18, United States Code, Section 2256(8)(A), including the image entitled: DERH1-original\40 GB Hard Drive\C\Unallocated Clusters (page 130, picture 1, of FBI CART report), that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

### Count Four
(Receipt of Child Pornography)

The Grand Jury Charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including the image entitled: wings.jpg, that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**Count Five**
(Receipt of Child Pornography)

The Grand Jury Charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images entitled: DERH1-original\40 GB Hard Drive\C\Unallocated Clusters (pages 39 and 41 of FBI CART report), that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**Count Six**
(Possession of Child Pornography)

The Grand Jury charges:

That after within or about January 2004, and continuing up until on or about August 4, 2006, in the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly possess, or attempt to possess, material containing multiple images of child pornography as defined in Title 18,

4

United States Code, Section 2256(8)(A), including, but not limited to, digital image files entitled: wings.jpg; 40 GB Hard Drive\C\Unallocated Clusters (Page 128, picture 1, of FBI CART report); 40 GB Hard Drive\C\Unallocated Clusters (Page 111, picture 1); and 40 GB Hard Drive\C\Unallocated Clusters (Page 115, picture 1); that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### Count Seven
(Obstruction of Justice - Witness Tampering)

The Grand Jury charges:

That after on or about October 17, 2005, and continuing up until January 4, 2007, the defendant, KEVIN ALFRED STROM, corruptly attempted to obstruct and influence an official proceeding, that is, KEVIN ALFRED STROM, among other things, physically assaulted and mentally intimidated and otherwise threatened, harassed, and intimidated, Witness A in an attempt to prevent Witness A from reporting KEVIN ALFRED STROM'S ongoing criminal activity, including but not limited to that

set forth in Counts One through Six of this Indictment, which are incorporated herein by refenence.

In violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL, this \_\_\_4th\_\_\_ day of April, 2007.

_____
FOREMAN

_____
UNITED STATES ATTORNEY