✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

United States of America

V.

Kevin Alfred Strom

**NOTICE**

CASE NUMBER: 3:07-cr-00001-001

TYPE OF CASE:

☐ **CIVIL**     ☑ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States Courthouse<br>255 West Main Street<br>Charlottesville, VA | 325 |
| | DATE AND TIME |
| | 4/12/2007 9:30 am |

TYPE OF PROCEEDING

Initial appearance on Superseding Indictment

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

John F. Corcoran, Clerk of Court

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

4/5/2007       s/ Joyce C. Jones

DATE           (BY) DEPUTY CLERK

TO:

Hon. B. Waugh Crigler, U. S. Magistrate Judge
William Gould, AUSA
Andrea Harris, Federal Public Defender
United States Probation Office
United States Marshal
Brenda Dameron, Court Reporter Coordinator