# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Case No. 3:07-cr-00001-001     Date 4/12/07

U.S.A. vs. Kevin Alfred Strom  #2     Counsel Andrea Harris  #3

1. (**x**) present   (**x**) custody   ( ) bond   ( ) age     (**x**) present   ( ) retained   (**x**) appointed
2. ( ) present   ( ) custody   ( ) bond   ( ) age     Counsel _____   ( ) present   ( ) retained   ( ) appointed
3. ( ) present   ( ) custody   ( ) bond   ( ) age     Counsel _____   ( ) present   ( ) retained   ( ) appointed
4. ( ) present   ( ) custody   ( ) bond   ( ) age     ( ) present   ( ) retained   ( ) appointed

PRESENT: HON. B. Waugh Crigler #1 , JUDGE     USPO: Tammy Wellborn

Joyce C. Jones — Deputy Clerk     FTR Recording — Court Reporter     William Gould #4 — Asst. U.S. Attorney

**PROCEEDINGS:**

___ Waiver of Indictment filed     ___ Information filed     ___ Waived Appt. of Counsel

___ Arraignment and plea continued to _____

___ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

**X** Defendant states that true name is Kevin Alfred Strom _____ Given COPY Indictment (Information)

___ Defendant waives reading of Indictment-Information     ___ Indictment-information read

**X** Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

___ Defendant moves to CHANGE PLEA     ___ Court grants motion

___ Plea Agreement filed with/stated to Court

___ Defendant is re-arraigned as to Ct(s) _____

___ Continued for plea to _____

___ Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea

___ Court _____ plea of _____

___ Guilty Plea form executed and filed

___ Government _____ evidence to support plea and rests     Witness: _____

___ Court finds defendant guilty as charged in Ct(s) _____

**DEFENDANT PLEADS:**

| (list counts) | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
|---|---|---|---|---|
| 1. |  | all counts |  |  |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |

___ Assigned for hearing on pending motions on _____

___ Assigned to calendar of Judge _____ for all further proceedings.

___ Trial set for _____     ___ Continued to _____ for setting for trial
( ) Jury   ( ) Non-jury

___ Court received Presentence Report.     ___ Copy of Presentence Report not requested.

___ Court orders Presentence Report.     ___ Copy of same furnished to counsel.

___ Defendant to remain on bond.     **X** Defendant remanded to custody.

Case continued until _____ at _____ for sentencing.

Time in Court: 9:34-9:39=5 min.

Page 2
3:07-cr-00001-001 USA v. Strom

Arraignment on Superseding Indictment:

Defendant sworn.
Defendant pleads Not Guilty to all counts.
Defense has not request for bail at this time.
Defense requests court to allow defendant's children to visit him at the jail.
Government is concerned and states that the court may not be able to intervene with jail polices.
Court states that it does not take a position either way. Court does not have authority over custodial matters.
Defendant remanded to the custody of the U. S. Marshal.