UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 3:07CR00001

KEVIN ALFRED STROM

**REQUEST FOR NOTICE OF INTENT TO USE EVIDENCE**

Comes now the defendant, Kevin Alfred Strom, pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) requests the government to give notice of its intent to use in its case-in-chief at trial any evidence that the defendant may be entitled to discovery under Rule 16.

Respectfully submitted,
KEVIN ALFRED STROM
By Counsel

Counsel:

S/Andrea S. Harris
Asst. Federal Public Defender
401 E. Market Street, Ste. 106
Charlottesville, VA 22902
Tel. (434) 220-3387
Fax  (434) 220-3390
Andrea_Harris@fd.org
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  counsel of record.

S/Andrea S. Harris
Asst. Federal Public Defender
401 E. Market Street, Ste. 106
Charlottesville, VA 22902
Counsel for Defendant