IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 16 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:07:cr00001 |
| KEVIN ALFRED STROM | |

## MOTION FOR HANDWRITING EXEMPLAR

William F. Gould, Assistant United States Attorney for the Western District of Virginia, hereby moves this Court to issue an order compelling defendant in the above-captioned case to allow Detective Brian O'Donnell of the Charlottesville Police Department and the FBI and FBI Agent Steve Duenas to take a handwriting exemplar from defendant.

As demonstrated by the attached affidavit, the government has recovered evidence in this matter that necessitates a comparison with a known sample of defendant's handwriting.

Respectfully submitted,

John L. Brownlee
United States Attorney

William F. Gould
Assistant United States Attorney

Dated: May 16, 2005