

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 16 2007

JOHN F. CORCORAN, CLERK.
BY: /s/
   DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 3:07:cr00001 |
| KEVIN ALFRED STROM | : |

### O R D E R

The United States of America, by counsel, has advised this Court regarding an investigation and prosecution being conducted by the FBI and the Charlottesville Police Department and that to further that investigation and prosecution it is necessary for the above subject, Kevin Alfred Strom, to allow Detective Brian O'Donnell of the Charlottesville Police Department and the FBI and FBI Agent Steve Duenas, to take handwriting exemplars from Kevin Alfred Strom.  To this end, an affidavit has been provided that adequately demonstrates the need for such exemplars to be taken, as this will likely lead to admissible evidence at Kevin Alfred Strom's trial.  It is hereby

### O R D E R E D

that the U.S. Marshal shall FORTHWITH allow Detective Brian O'Donnell of the Charlottesville Police Department and the FBI and FBI Agent Steve Duenas to take handwriting exemplars from Kevin Alfred Strom.

The Clerk of Court shall certify a copy of this Order to Detective Brian O'Donnell of the Charlottesville Police

Department and the FBI and FBI Agent Steve Duenas, Andrea Harris, Esquire, of the Federal Public Defender, and Assistant United States Attorney William F. Gould.

**ENTERED** this \_\_\_\_16th\_\_\_\_ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE