IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 1 6 2007

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

UNITED STATES OF AMERICA     :
                             :
v.                           :     Criminal No. 3:07CR00001
                             :
                             :
KEVIN STROM                  :

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the attached affidavit in support of the government's Motion for Handwriting Exemplars be placed under seal for the following reason:

1. The government states that the disclosure of attached affidavit would disclose information regarding a minor child. Any alternative other than sealing would disclose information of a minor child.

Respectfully submitted,

JOHN L. BROWNLEE
United States Attorney

/s/ William F. Gould
William F. Gould
Assistant United States Attorney

Date:   5/16/07