IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for C'ville
MAY 17 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Fay Coleman
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 3:07CR00001 |
| KEVIN STROM | : |

## ORDER

Upon motion by the government and for good cause shown, that the attached affidavit in support of the government's motion for Handwriting Exemplars shall be under seal for the following reason;

1. The government states that the disclosure of attached affidavit would disclose information regarding a minor child. Any alternative other than sealing would disclose information of a minor child.

2. The government request that attached affidavit shall be placed under seal indefinitely.

**ORDERED**

that the attached affidavit shall be placed under seal indefinitely.

ENTERED: This 17th day of May, 2007.

_____
JUDGE