UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**          NOTICE

      v.                      **CASE NO.:** 3:07CR00001

**KEVIN ALFRED STROM**

---

**TYPE OF CASE:**
    CIVIL          **X**     CRIMINAL

---

**X**     **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**                              300

**U. S. DISTRICT COURT**
255 West Main Street            **DATE:** 29 MAY 2007
Charlottesville, VA  22902      **TIME:** 12:00 NOON

---

**TYPE OF PROCEEDING:**

**MOTIONS HEARING**

---

                    **JOHN F. CORCORAN, CLERK OF COURT**

DATE:  May 17, 2007      By:  /s/ H. Wheeler
                                  DEPUTY CLERK

To:  Andrea Harris, Esq.
     AUSA-Bill Gould
     File
     U. S. Probation Office
     U. S. Marshal
     Norman K. Moon, U.S. District Judge
     Brenda Dameron, Deputy Clerk