9/8/06 *[initials]*

Contract between Kevin Strom and ▮▮▮▮▮

I Kevin Strom do hereby enter into contract with ▮▮▮▮▮ that pursuant to ~~my exposed issues of being a~~ *concerns relating to* pedophil~~e~~*ia* I will maintain ongoing visits with a qualified counselor that handles such issues, *including Harvey Yoder of the Family Life Resource Center.*

Those visits will be on ~~an every other week~~ *a twice per month* schedule, until such time that such qualified counselor will be able to indicate to ▮▮▮▮▮ that I am free from being sexually drawn to children, or drawn to sexually explicit material of any kind concerning children, or any other characteristics of being a pedophile.

If I should remarry, it is understood that, if I have not been declared free of pedophilia by a qualified counselor, my future wife will be told of the issues I am dealing with. The purpose of this is to protect any children that might be involved in any future marriage relationship.

It is also agreed that ▮▮▮▮▮ will have free access to whatever counselor is working with me regarding my progress and faithfulness to keep appointments.

Signature _/s/ Kevin Strom_

Witness ▮▮▮▮▮

Notary _Renee Cen_  My Commission Expires November 30, 2009

State of Virginia - County of Albemarle