# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

-vs-

Kevin Alfred Strom

Action No.: 3:07CR00001

Date: 5/29/07

Judge: Norman K. Moon

Court Reporter: Sonia Ferris

## LIST OF WITNESSES

Attorney  
William Gould

Attorney  
Andrea Harris

**PLAINTIFF/GOVERNMENT:**

1. ___
2. ___
3. ___
4. ___

**DEFENDANT:**

1. ___
2. ___
3. ___
4. ___

**PROCEEDINGS:**

MOTION HEARING:  Heidi Wheeler Deputy Clerk 12:00-12:14=14 min

Parties present for motion hearing. Issues regarding discovery discussed. Some resolution has been reached. Court will wait on ruling on Motion to Sever. Government will be filing a superceding indictment before trial date at which point it will be most likely there would be a motion for continuance filed.