IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 0 6 2007

JOHN F. CORCORAN, CLERK
BY: /s/ [signature]
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **SECOND SUPERSEDING INDICTMENT** |
| | : | |
| v. | : | Criminal No. 3:07cr00001 |
| | : | |
| | : | In violation of: |
| KEVIN ALFRED STROM. | : | |
| | : | Title 18, United States Code, |
| | : | Sections 1512; 2252A; and |
| | : | 2422(b). |

**Count One**

(Coercion and Enticement)

The Grand Jury charges:

That between within or about September 2005, until January 4, 2007, in the Western Judicial District of Virginia, and elsewhere, the defendant, KEVIN ALFRED STROM, used a facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce, or attempt to persuade, induce, entice, or coerce, one or more individuals who had not attained the age of 18 years, including a ten year old child, to engage in sexual activity for which a person can be charged with a criminal offense, including Va. Stat. §§ 18.2-67.3; 18.2-370.A(1); and 18.2-374.1(B)(1).

In violation of Title 18, United States Code, Section 2422(b).

## Count Two

(Receipt of Child Pornography)

The Grand Jury charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including the image set forth as jpeg_3086856[393672].jpg in the May 31, 2007, FBI CART Report DERH-13, that had been mailed, or shipped, or transported, in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## Count Three

(Receipt of Child Pornography)

The Grand Jury charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as defined in Title 18, United States Code, Section 2256(8)(A),

including the image set forth as jpeg_3949576[3936762].jpg, one image in the series entitled "Eternal Nymphets Natural Gold," in the May 31, 2007, FBI CART Report DERH-13, that had been mailed, or shipped, or transported, in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

### Count Four

(Receipt of Child Pornography)

The Grand Jury charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including the image set forth as jpeg_2998280[39672].jpg in the May 31, 2007, FBI CART Report DERH-13, that had been mailed, or shipped, or transported, in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## Count Five

(Receipt of Child Pornography)

The Grand Jury charges:

That between within or about January 2004, until August 4, 2006, within the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly receive, or attempt to receive, material containing child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images set forth as DERH1-original\40 GB Hard Drive\C\Unallocated Clusters (pages 39 and 41 of the May 31, 2007, FBI CART report), that had been mailed, or shipped, or transported, in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## Count Six

(Possession of Child Pornography)

The Grand Jury charges:

That after within or about January 2004, and continuing up until on or about August 4, 2006, in the Western Judicial District of Virginia, the defendant, KEVIN ALFRED STROM, did knowingly possess, or attempt to possess, material containing

multiple images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, digital image files on KEVIN ALFRED STROM'S computer devices, specifically a 40 GB hard drive and a 160 GB hard drive, and to include, but not limited to, the images described in Counts Two through Five of this Second Superseding Indictment, which are incorporated in this Count by reference, and including, but not limited to, the image set forth as jpeg_11617800[393671].jpg, entitled "vipxsites.com/teenrape," in the May 31, 2007, FBI CART Report DERH-13; the image set forth as jpeg_3387400[393672].jpg, entitled "Lolita Dreams," in the May 31, 2007, FBI CART Report DERH-13; the image set forth as jpeg_17942536[393671].jpg, entitled "welcome to phototeen.net," in the May 31, 2007, FBI CART Report DERH-13; the image set forth as jpeg_2936328[393672].jpg in the May 31, 2007, FBI CART Report DERH-13; the image set forth as jpeg_2952200[393672].jpg in the May 31, 2007, FBI CART Report DERH-13; DERH1-original\40 GB Hard Drive\C\Unallocated Clusters (page 128 of the May 31, 2007, FBI CART report); DERH1-original\40 GB Hard Drive\C\Unallocated Clusters (page 130, picture 1, of the May 31, 2007, FBI CART report); and wings.jpg; that had been

mailed, or shipped, or transported, in interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### Count Seven

(Obstruction of Justice - Witness Tampering)

The Grand Jury charges:

That after on or about October 17, 2005, and continuing up until January 4, 2007, the defendant, KEVIN ALFRED STROM, corruptly attempted to obstruct and influence an official proceeding, that is, KEVIN ALFRED STROM, among other things, physically assaulted and mentally intimidated and otherwise threatened, harassed, and intimidated, Witness A in an attempt to prevent Witness A from reporting KEVIN ALFRED STROM'S ongoing criminal activity, including but not limited to that set forth in Counts One through Six of this Indictment, which are incorporated herein by reference.

In violation of Title 18, United States Code, Section 1512(c)(2).

A TRUE BILL, this \_\_6th\_\_ day of June, 2007.

_____
FOREMAN

_____
John L. Brownlee / by WTJ
UNITED STATES ATTORNEY