UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**          **NOTICE**

      v.          **CASE NO.:** 3:07CR00001-001

**KEVIN ALFRED STROM (CUSTODY)**

___

**TYPE OF CASE:**

    CIVIL          **X**   CRIMINAL
___

**X   TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:
___
**PLACE:**

| | |
|---|---|
| **U. S. DISTRICT COURT** | **ROOM:** 326 |
| **255 West Main Street** | **DATE:** JUNE 11, 2007 |
| **Charlottesville, VA  22902** | **TIME:** 2:30 PM |

___
**TYPE OF PROCEEDING:**

    **ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT**

___

    **JOHN F. CORCORAN, CLERK OF COURT**

DATE:  June 8, 2007          By: /s/ Michele Bottiglieri
                                     DEPUTY CLERK

To:  U. S. Attorney William Gould
     Andrea Harris, Assistant Federal Public Defender
     File
     U. S. Probation Office
     U. S. Marshal
     B. Waugh Crigler, U. S. Magistrate Judge
     Brenda Dameron,Deputy Clerk