# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Case No. 3:07CR00001-001                                            Date 6/11/07

U.S.A. vs. Kevin Alfred STROM #4                    Counsel Andrea Harris #2

1. ( ✗ ) present  ( ✗ ) custody  ( ) bond  ( ) age        ( ✗ ) present  ( ) retained  ( ✗ ) appointed

Counsel _____

2. ( ) present  ( ) custody  ( ) bond  ( ) age        ( ) present  ( ) retained  ( ) appointed

Counsel _____

3. ( ) present  ( ) custody  ( ) bond  ( ) age        ( ) present  ( ) retained  ( ) appointed

Counsel _____

4. ( ) present  ( ) custody  ( ) bond  ( ) age        ( ) present  ( ) retained  ( ) appointed

PRESENT: HON. B. Waugh Crigler #1 , JUDGE    USPO: Ricardo Carter

| Michele Bottiglieri | Michele Bottiglieri, FTR | William Gould #3 |
| --- | --- | --- |
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**PROCEEDINGS:**

____ Waiver of Indictment filed    ____ Information filed    ____ Waived Appt. of Counsel

____ Arraignment and plea continued to _____

____ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

✗ Defendant states that true name is ___same as above___    XX    Given COPY Indictment
(Information)

✗ Defendant waives reading of Indictment-Information    ____ Indictment-information read

✗ Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

____ Defendant moves to CHANGE PLEA    ____ Court grants motion

____ Plea Agreement filed with/stated to Court

____ Defendant is re-arraigned as to Ct(s) _____

____ Continued for plea to _____

____ Court questions defendant regarding his physical and mental condition, and advises defendant of the nature
and possible consequences of said plea

____ Court _____ plea of _____

____ Guilty Plea form executed and filed

____ Government _____ evidence to support plea and rests    Witness: _____

____ Court finds defendant guilty as charged in Ct(s) _____

**DEFENDANT PLEADS:**

| (list counts) | | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
| --- | --- | --- | --- | --- | --- |
| | 1. | | All | | |
| | 2. | | | | |
| | 3. | | | | |
| | 4. | | | | |

____ Assigned for hearing on pending motions on _____

✗ Assigned to calendar of Judge Norman K Moon    for all further proceedings.

____ Trial set for _____    ____ Continued to _____
( ) Jury  ( ) Non-jury                                    for setting for trial

____ Court received Presentence Report.    ____ Copy of Presentence Report not requested.

____ Court orders Presentence Report.    ____ Copy of same furnished to counsel.

____ Defendant to remain on bond.    ✗ Defendant remanded to custody.

Case continued until _____ at _____ for sentencing.

Time in Court: 2:38-2:40; 2:44 - 2:45 (3 minutes)

Defendant present with counsel for arraignment on second superseding indictment

Defendant advised of charges.

Defendant enters plea of not guilty.

No request for bond.