IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for C'ville
JUN 14 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Fay Coleman
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:07-CR-00001 |
| v. | ORDER |
| KEVIN ALFRED STROM, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the Defendant's June 13, 2007 Motion to Continue. Defendant was arraigned on a second superseding indictment only two days ago and his trial is currently set to begin in only seven calender days. In addition, a Motion to Sever Counts is pending before the Court. Due to the large volume of alleged pornographic material which must be reviewed by the defense in order to effectively confront the government's case, this Court finds that the defense requires additional time for preparation, and that the ends of justice outweigh the interests of the defendant and the public in a speedy trial. Pursuant to 18 U.S.C. § 3161(h)(1)(F), (h)(8)(A) and (h)(8)(B)(iv), the speedy trial deadline is CONTINUED until October 2, 2007. Trial will take place on October 2-4, 2007

The Clerk of the Court is directed to send a certified copy of this Order to the Defendant and all counsel of record.

ENTERED: /s/ Norman K. Moon

U.S. District Judge

6-14-2007
Date