## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**          **NOTICE**

               v.                     **CASE NO.:**  3:07CR00001

**KEVIN ALFRED STROM**

---

**TYPE OF CASE:**
                  CIVIL          **X**    CRIMINAL

---

**X    TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**                        300

**U. S. DISTRICT COURT**
**255 West Main Street**           **DATE:**  2 OCT 2007
**Charlottesville, VA  22902**     **TIME:**  9:30 A.M.

---

**TYPE OF PROCEEDING:**

**JURY TRIAL ( THREE DAYS )**

---

                          **JOHN F. CORCORAN, CLERK OF COURT**

DATE:  June 19, 2007        By:  /s/H. Wheeler
                                   DEPUTY CLERK

To:  Andrea Harris, Esq.
     AUSA-William Gould
     File
     U. S. Probation Office
     U. S. Marshal
     Norman K. Moon, U.S. District Judge
     Brenda Dameron,Deputy Clerk