```
           UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF VIRGINIA
             CHARLOTTESVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                    Case No. 3:07CR00001

KEVIN ALFRED STROM

## MOTION FOR BILL OF PARTICULARS

Comes now the defendant, Kevin Alfred Strom, and moves the Court, pursuant to Federal Rule of Criminal Procedure 7(f) to order the government to file a written bill of particulars specifying the following as to Counts Five, Six and Seven of the second superseding indictment:

1. With regard to Count Five, list the specific images that are referenced as being received that the government alleges contain child pornography;

2. With regard to Count Six, specifically list all the images of alleged child pornography that were possessed and, pursuant to Federal Rule of Criminal Procedure 16, any other images the government intends to use in its case-in-chief regarding this count;

3. With regard to Count Seven, specifically list the conduct, including dates, times, and locations, that the defendant allegedly engaged in conduct constituting an attempt to prevent Witness A from reporting alleged criminal activity.

                                                Respectfully submitted,
                                                KEVIN ALFRED STROM
                                                By Counsel

Counsel:

S/Andrea L. Harris
Andrea L. Harris
Asst. Federal Public Defender
401 East Market Street, Suite 106
Charlottesville, VA 22902
(434) 220-3387
VSB 37764
Andrea_Harris@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                        S/Andrea S. Harris
                                        Andrea S. Harris
                                        Asst. Federal Public Defender
                                        VSB 37764
                                        401 E. Market Street, Ste. 106
                                        Charlottesville, VA 22902
                                        Tel (434) 220-3387
                                        Andrea_Harris@fd.org