4565 (Rev. 5/85) Notice

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA


UNITED STATES OF AMERICA          NOTICE

             v.                   **CASE NO.:** 3:07CR00001-001


**KEVIN ALFRED STROM**

_____

**TYPE OF CASE:**

              CIVIL            **X**    CRIMINAL
_____

**X    TAKE NOTICE** that a proceeding in this case has been set for
the place, date, and time set forth below:
_____

**PLACE:**                        300

**U. S. DISTRICT COURT**
**255 West Main Street**          **DATE:**  11 SEPT 2007
**Charlottesville, VA  22902**    **TIME:**  2:15 PM
_____

**TYPE OF PROCEEDING:**

**MOTIONS HEARING**




_____


                              **JOHN F. CORCORAN, CLERK OF COURT**

DATE:   September 4, 2007      By:  /s/ H. Wheeler
                                      DEPUTY CLERK

To:  Andrea Harris, Esq.
     AUSA-Bill Gould
     File
     U. S. Probation Office
     U. S. Marshal
     Norman K. Moon, U.S. District Judge
     Brenda Dameron,Deputy Clerk