9/8/06 [initials]

Contract between Kevin Strom and █████

I Kevin Strom do hereby enter into contract with █████ that pursuant to ~~my exposed issues of being a~~ concerns relating to pedophil[ia] I will maintain ongoing visits with a qualified counselor that handles such issues, including Harvey Yoder of the Family Life Resource Center.

Those visits will be on ~~an every other week~~ a twice per month schedule, until such time that such qualified counselor will be able to indicate to █████ that I am free from being sexually drawn to children, or drawn to sexually explicit material of any kind concerning children, or any other characteristics of being a pedophile.

If I should remarry, it is understood that, if I have not been declared free of pedophilia by a qualified counselor, my future wife will be told of the issues I am dealing with. The purpose of this is to protect any children that might be involved in any future marriage relationship.

It is also agreed that █████ will have free access to whatever counselor is working with me regarding my progress and faithfulness to keep appointments.

Signature _[signed] Kevin Strom_

Witness ████████

Notary _Renat Cen_   My Commission Expires November 30, 2009
State of Virginia - County of Albemarle