# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

-vs-

Kevin Alfred Strom

Action No.: 3:07CR00001

Date: 9/11/07

Judge: Norman K. Moon

Court Reporter: Sonia Ferris

## LIST OF WITNESSES

Attorney
Bill Gould

Attorney
Andrea Harris

PLAINTIFF/GOVERNMENT:

1.
2.
3.
4.

DEFENDANT:

1.
2.
3.
4.

**PROCEEDINGS:**

Motion Hearing  Deputy Clerk Heidi Wheeler  2:31-3:16= 45 min

Defendant present with Counsel for motion hearing. Mr. Gould states that the motions on to be heard today are the Motion to Continue, Motion to Sever, Motion to Compel and the Bill of Particulars. The Court states we will start with the Motion to Sever. Ms. Harris argues said Motion. Mr. Gould responds. Ms. Harris closes.

Next Ms. Harris argues Motion to Continue. Response by Government. Remarks by Court, back to first motion. Lengthy arguments.

Court moves on to Motion to Compel and discovery issues.

Court will speak with Ms. Harris ex parte with no objection from the Government.

Order will issue.

Court adjourned.