UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**          NOTICE

               v.                    **CASE NO.:** 3:07CR00001-001

**KEVIN STROM**

_____
**TYPE OF CASE:**
              CIVIL          **X**     CRIMINAL
_____

**X   TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:
_____
**PLACE:**                            300

**U. S. DISTRICT COURT**
255 West Main Street              **DATE:**  27 SEPTEMBER 2007
Charlottesville, VA  22902        **TIME:**  9:00 A.M.
_____
**TYPE OF PROCEEDING:**

**MOTION HEARING**



_____

                                  JOHN F. CORCORAN, CLERK OF COURT

DATE:  September 25, 2007         By: /s/ H. Wheeler
                                         DEPUTY CLERK

To:  Andrea Harris, Esq.
     AUSA-William Gould
     File
     U. S. Probation Office
     U. S. Marshal
     Norman K. Moon, U.S. District Judge
     Brenda Dameron, Deputy Clerk