AO 456 (Rev.5/85) Notice

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF VIRGINIA**

UNITED STATES OF AMERICA

                      **NOTICE**

    v.

                      **CASE NO.:** 3:07CR00001

KEVIN STROM

___

**TYPE OF CASE:**

        CIVIL           **X**    CRIMINAL

___

**TYPE OF PROCEEDING:  MOTION HEARING**

___

**X   TAKE NOTICE** that the proceeding in this case has been continued as indicated below:
___

**PLACE: ROOM 300**           **PREVIOUS DATE: 27 SEPT 2007**
U. S. DISTRICT COURT        **PREVIOUS TIME: 9:00 A.M.**
255 West Main Street
Charlottesville, VA  22902   **CONTINUED TO DATE: 27 SEPT 2007**
                                      **CONTINUE TO TIME: 9:30 A.M.**
___

                                  JOHN F. CORCORAN, CLERK OF COURT

DATE:  September 26, 2007      By: /s/ H. Wheeler
                                    DEPUTY CLERK

To:  Andrea Harris, Esq.
     William Gould, AUSA
     U. S. Probation Office
     U. S. Marshal
     Brenda Dameron, Deputy Clerk
     Norman K. Moon, U.S. District Judge