IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>KEVIN ALFRED STROM<br>*Defendant* | CRIMINAL No. 3:07cr00001<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |
|---|---|

This matter is before the Court to clarify my Order issued on September 14, 2007. In that Order, I severed Counts One and Seven of the Superseding Indictment from Counts Two, Three, Four, Five, and Six, the counts for the receipt and possession of child pornography.

In addition, I continued the defendant's trial in this matter, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), with respect to Counts Two, Three, Four, Five, and Six so that defense counsel could have reasonable time to effectively prepare. As a result, trial for Counts Two, Three, Four, Five, and Six is CONTINUED and will now take place on January 14, 2008 at 9:30 a.m.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to both parties.

ENTERED: *[signature]*
United States District Judge

Sept. 24, 2007
Date