# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

-vs-

Kevin Alfred Strom

Action No.: 3:07CR00001

Date: 9/27/07

Judge: Norman K. Moon

Court Reporter: Lori Boeding/Cavalier

## LIST OF WITNESSES

Attorney
William Gould

Attorney
Andrea Harris

**PLAINTIFF/GOVERNMENT:**

1.
2.
3.
4.

**DEFENDANT:**

1.
2.
3.
4.

**PROCEEDINGS:**

MOTION HEARING:  9:31-10:25=54 min   Deputy Clerk Heidi Wheeler

Defendant present with counsel for Motion hearing.  Government argues or makes proffer to court regarding Motion as to tapes. Defense responds. Ms. Harris argues motion as to notarized document. Government responds.  Arguments as to final Motion in Limine heard. Order will issue.  Court adjourned for day.