CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 0 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:07CR00001

KEVIN ALFRED STROM

## MOTION TO SEAL

Comes now, the defendant, Kevin Alfred Strom, through counsel and requests that the attached motions labeled Fourth Motion In Limine and Fifth Motion In Limine be placed under seal for the following reason:

1. This case has received considerable media attention, and both motions request the exclusion of evidence that is highly inflammatory.

Respectfully submitted,

KEVIN ALFRED STROM
By Counsel

Counsel:

S/Andrea L. Harris
Andrea L. Harris
Asst. Federal Public Defender
401 East Market Street, Suite 106
Charlottesville, VA 22902
(434) 220-3387
VSB 37764
Andrea_Harris@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the

following non-CM/ECF participants: none.

<u>S/Andrea L. Harris</u>
Andrea L. Harris
Asst. Federal Public Defender
VSB 37764
401 E. Market Street, Ste. 106
Charlottesville, VA 22902
Tel (434) 220-3387
Andrea_Harris@fd.org