CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 0 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:07CR00001

KEVIN ALFRED STROM

## ORDER

On motion of the defendant, and it appearing that matters included in defendant's Fourth and Fifth Motion In Limine are potentially inflammatory, it is hereby ORDERED that these Motions be filed under seal.

It is further ORDERED a copy of said motions be provided to counsel for the government.

_____
Judge

10/1/07
_____
Date