# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

-vs-

Kevin Alfred Strom

Action No.: 3:07CR00001-001

Date: 10/2/07

Judge: Norman K. Moon

Court Reporter: Sonia Ferris

## LIST OF WITNESSES

Attorney  
William Gould

Attorney  
Andrea Harris

**PLAINTIFF/GOVERNMENT:**

1. Brian O'Donnell
2. 
3. 
4. 

**DEFENDANT:**

1. 
2. 
3. 
4. 

**PROCEEDINGS:**

MOTION HEARING:  11:27-12:14= 47 min  Deputy Clerk Heidi Wheeler  Probation David Bean

Motions argued as to therapy tapes and contract. Third Motion in limine regarding official proceeding, Fourth Motion in limine, Fifth Motion in limine regarding pictures and other exhibits.  Arguments heard. Rulings as to certain points. Court decides to let jury go to lunch while certain matters are considered.  After lunch break further brief, arguments. Court will allow both Counts to go forward.

Initials of Deputy Clerk _____