# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. 3:07CR00001   At Charlottesville   Date 10/2/07

**PRESENT: HON** Norman K. Moon **, JUDGE**

| Heidi N. Wheeler | Sonia Ferris | William Gould |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Kevin Alfred Strom | (1) Andrea Harris |
| **X** present **X** custody ___ bond ___ O/R | **X** present **X** apptd. ___ retained |
| (2) ___ present ___ custody ___ bond ___ O/R | (2) ___ present ___ apptd. ___ retained |
| (3) ___ present ___ custody ___ bond ___ O/R | (3) ___ present ___ apptd. ___ retained |
| (4) ___ present ___ custody ___ bond ___ O/R | (4) ___ present ___ apptd. ___ retained |

___ Case called and continued to _____ for trial.

**X** JURY TRIAL. The Jury impaneled and sworn (see attached list)   ___ COURT TRIAL

**X** Introduction of evidence for Government begun ✓ concluded;

___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ under advisement

___ Introduction of evidence for defendant begun,   concluded;

___ Motion for judgment of acquittal renewed   ___ granted   ___ denied   ___ under advisement

___ Rebuttal evidence;   ___ Surrebuttal evidence;   ___ Evidence concluded

___ Case continued to _____ for further trial

___ Closing Arguments   ___ Jury charged by court

___ Jury retires to deliberate at _____   jury returns at _____

___ JURY VERDICT. (See signed verdict as to each defendant.)   ___ FINDING BY COURT.

(1) Defendant _____   (2) Defendant _____

(3) Defendant _____   (4) Defendant _____

___ Jury polled.   ___ Polling waived.   ___ Mistrial declared.   ___ Jury discharged.

___ Motion after verdict.

**JUDGMENT:**   ___ Defendant guilty   ___ Defendant not guilty

___ Court received Presentence Report.

___ Copy of Presentence Report not requested.

___ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

___ Defendant to remain on bond.

___ Defendant remanded to custody.

___ Court orders presentence report.

___ Case continued until _____ 20___ at _____ for sentencing.

___ SENTENCE IMPOSED

HNW   Initials of Deputy Clerk

DAY ONE 10/2/07  Deputy Clerk Heidi Wheeler  Probation Officer David Bean  9:34-11:14=1 hr 40 min  1:23-2:55= 1 hr 33 min  3:17-4:50= 1 hr 33 min  Total 4 hrs. 46 min.

Jury selection begun. Court give preliminary instructions to jury during strikes. Jury empaneled and sworn at 11:14. Court will take recess and take up motions. ( see motions min. sheet ) Court calls jury back and will allow them to take their lunch break due to amount of time taken up with motions. Jury in the box at 1:23 for opening statements. Motion to exclude witnesses by defense. Court grants motion. Plaintiff's evidence begins.  Court takes afternoon break at 2:55 PM.  Court adjourns for day at 4:50. Jury to report at 9:30 a.m.