# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. 3:07CR00001     At Charlottesville     Date 10/2/07

PRESENT: HON Norman K. Moon , JUDGE

| Heidi N. Wheeler | Sonia Ferris | William Gould |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Kevin Alfred Strom | (1) Andrea Harris |
| **X** present  **X** custody ___bond ___O/R | **X** present  **X** apptd.  ___retained |
| (2) | (2) Fred Heblich ( argues motion 10/3/07 ) |
| ___present ___custody ___bond ___O/R | ___present ___apptd. ___retained |
| (3) | (3) |
| ___present ___custody ___bond ___O/R | ___present ___apptd. ___retained |
| (4) | (4) |
| ___present ___custody ___bond ___O/R | ___present ___apptd. ___retained |

___ Case called and continued to _____ for trial.

**X** JURY TRIAL. The Jury impaneled and sworn (see attached list)     ___ COURT TRIAL

**X** Introduction of evidence for Government begun ✓ concluded; ✓ 10/3/07

**X** Motion for judgment of acquittal     **X** granted     ___denied     ___under advisement

___ Introduction of evidence for defendant begun,     concluded;

___ Motion for judgment of acquittal renewed     ___granted     ___denied     ___under advisement

___ Rebuttal evidence;     ___ Surrebuttal evidence;     ___ Evidence concluded

___ Case continued to _____ for further trial

___ Closing Arguments     ___ Jury charged by court

___ Jury retires to deliberate at _____     jury returns at _____

___ **JURY VERDICT.** (See signed verdict as to each defendant.     ___ FINDING BY COURT.

(1) Defendant _____     (2) Defendant _____

(3) Defendant _____     (4) Defendant _____

___ Jury polled.     ___ Polling waived.     ___ Mistrial declared.     ___ Jury discharged.

___ Motion after verdict.

**JUDGMENT:**     ___ Defendant guilty     ___ Defendant not guilty

___ Court received Presentence Report.

___ Copy of Presentence Report not requested.

___ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

___ Defendant to remain on bond.

**X** Defendant remanded to custody.

___ Court orders presentence report.

**X** Case continued until Second trial date in January     20 08 at _____ for sentencing.

___ SENTENCE IMPOSED

HNW     Initials of Deputy Clerk

DAY ONE 10/2/07  Deputy Clerk Heidi Wheeler  Probation Officer David Bean  9:34-11:14=1 hr 40 min  1:23-2:55= 1 hr 33 min 3:17-4:50= 1 hr 33 min  Total 4 hrs. 46 min.

Jury selection begun. Court give preliminary instructions to jury during strikes. Jury empaneled and sworn at 11:14. Court will take recess and take up motions. ( see motions min. sheet ) Court calls jury back and will allow them to take their lunch break due to amount of time taken up with motions. Jury in the box at 1:23 for opening statements. Motion to exclude witnesses by defense. Court grants motion. Plaintiff's evidence begins.  Court takes afternoon break at 2:55 PM.  Court adjourns for day at 4:50. Jury to report at 9:30 a.m.

DAY TWO 10/3/07  Deputy Clerk Heidi Wheeler Probation Officer     9:18-9:28= 10 min 9:34-10:38 = 1 hr 4 min  11:00-11:33= 33 min 11:39-12:31 =52 min  Total 2 hrs 41 min

Hearing out of presence of jury as to certain documents. Court will allow exhibits. Certain statements now argued. Court will allow those statements as to those specific areas.

Jury in box and Government's evidence continues at 9:34 a.m.  Government rests at 11:33 am. Defense has motion. Court will take brief recess before motion. Motion pursuant to Rule 29 to dismiss both counts of the indictment argued by Mr. Heblich. Mr. Gould responds. Lengthy arguments heard. Remarks by Court.  Court will grant the motion. Court will call the jury back in and explain the case to them. Court adjourns.