# LIST OF WITNESSES
USA v. Kevin Alfred Strom
3:07CR00001-001

Attorney: William Gould              Attorney: Andrea Harris

**PLAINTIFF/GOVERNMENT:**              **DEFENDANT:**

1. Suzan Van Lear                     1.
2. Rebecca Van Lear                   2.
3. Gregory Theodore Hermonson         3.
4. Paul Messing                       4.
5. Elisha Strom   (10/2-3/07)         5.
6. Donna Sherwood Graves              6.
7. Phillip Goodwin                    7.
8. James Howard                       8.
9. Brian O'Donnell                    9.
10.                                   10.
11.                                   11.
12.                                   12.
13.                                   13.
14.                                   14.
15.                                   15.
16.                                   16.