AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

KEVIN ALFRED STROM

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:07CR00001-001

*CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
OCT 04 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk*

Upon Defendant's oral Motion for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29, the Court granted the motion for the reasons stated on the record. Accordingly, Counts One and Seven of the Superseding Indictment, are dismissed.

_____
Signature of Judicial Officer

U.S. District Judge
_____
Name and Title of Judicial Officer

October 4, 2007
_____
Date