AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Western | DISTRICT OF | Virginia |
|---|---|---|

USA

V.

Kevin Strom

## EXHIBIT AND WITNESS LIST

Case Number:  3:07CR00001-001

| PRESIDING JUDGE<br>Norman K. Moon | PLAINTIFF'S ATTORNEY<br>William Gould | DEFENDANT'S ATTORNEY<br>Andrea Harris |
|---|---|---|
| TRIAL DATE (S)<br>10/2/2007 | COURT REPORTER<br>Sonia Ferris | COURTROOM DEPUTY<br>Heidi N. Wheeler |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 17 | | 10/2/2007 | X | X | Group of four photos of Rebecca Van Lear | Suzan Van Lear |
| 29 | | 10/2/2007 | X | X | Sweater | Suzan Van Lear |
| 203 | | 10/2/2007 | X | X | Card that came with flowers | Suzan Van Lear |
| 201 | | 10/2/2007 | X | X | Invoice/Internet order from Florist ( 10/3/2007- through Graves) | Suzan Van Lear |
| 11 | | 10/2/2007 | X | X | Envelope delivered to Van Lear mailbox | Suzan Van Lear |
| 12 | | 10/2/2007 | X | X | DVD from envelope | Susan Van Lear |
| 18 | | 10/2/2007 | X | X | Four photos of Rebecca | Rebecca Van Lear |
| 19 | | 10/2/2007 | X | X | Four photos of Rebecca on rocks | Rebecca Van Lear |
| 20 | | 10/2/2007 | X | X | Four photos of Rebecca on rocks | Rebecca Van Lear |
| 28 | | 10/2/2007 | X | X | One photo - School photo of Rebecca | Rebecca Van Lear |
| 2 | | 10/2/2007 | X | X | Laptop | Gregory Hermonson |
| 3 | | 10/2/2007 | X | X | External hard drive | Gregory Hermonson |
| 4 | | 10/2/2007 | X | X | First version of song 4/9/2006 | Gregory Hermonson |
| 5 | | 10/2/2007 | X | X | Second version of song 10/15/06 | Gregory Hermonson |
| 6 | | 10/2/2007 | X | X | Calendar schedule | Gregory Hermonson |
| 7 | | 10/2/2007 | X | X | Map of streets | Gregory Hermonson |
| 8 | | 10/2/2007 | X | X | E-mail | Gregory Hermonson |
| 9 | | 10/2/2007 | X | X | E-mail found on laptop 9/2/06 | Gregory Hermonson |
| 10 | | 10/2/2007 | X | X | E-mail 9/5/06 | Gregory Hermonson |
| 21 | | 10/2/2007 | X | X | Four photos of Rebecca | Gregory Hermonson |
| 27 | | 10/2/2007 | X | X | Photos of Rebecca | Gregory Hermonson |
| 1 | | 10/2/2007 | X | X | Computer | Paul Messing |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____2____ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

✎AO 187A (Rev. 7/87)

| | USA | | vs. | Kevin Strom | CASE NO. 3:07CR00001-001 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 10/2/2007 | X | X | Nine photos                                     Paul Messing |
| 16 | | 10/2/2007 | X | X | Photos of group of girls                        Paul Messing |
| 205 | | 10/2/2007 | X | X | Warrant of arrest                               Elisha Strom |
| 206 | | 10/2/2007 | X | X | Complaint                                       Elisha Strom |
| 207 | | 10/3/2007 | X | X | Lawsuit                                         Elisha Strom |
| 200 | | 10/3/2007 | X | X | Agreement                                       Elisha Strom |
| 13 | | 10/3/2007 | X | X | Book "ID for Sale"                              Elisha Strom |
| 14 | | 10/3/2007 | X | X | Death Certificate                              Elisha Strom |
| | 26 | 10/3/2007 | X | X | E-mail from Elisha                              Elisha Strom |
| 30 | | 10/3/2007 | X | X | Stipulation as to Children in Orange Co. Schools |
| 202 | | 10/3/2007 | X | X | Receipt for flowers                             Donna Graves |
| 214 | | 10/3/2007 | X | X | Miranda card                                    Brian O'Donnell |
| 204 | | 10/3/2007 | X | X | Report as to FBI results                        Brian O'Donnell |
| 208 | | 10/3/2007 | X | X | Greene Co. Circuit Court Case                   Brian O'Donnell |
| 209 | | 10/3/2007 | X | X | Greene Co. Circuit Court Case                   Brian O'Donnell |
| 210 | | 10/3/2007 | X | X | Greene Co. Circuit Court Case                   Brian O'Donnell |
| 211 | | 10/3/2007 | X | WD | Copy of driver history                          Brian O'Donnell |
| | | | | | |
| | | | | | Government Exhibits #1, #2, #3, #29, #12 and #11 returned to |
| | | | | | Stephen Duenas this 3rd day of October 2007. |
| | | | | | By: |
| | | | | | By: |



To the kindest
and finest person
I've ever met.

May that news
Yours,

Government Exhibit
No. 203

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

## Certificate of Death

### STATE OF WEST VIRGINIA
### WOOD COUNTY COMMISSION CLERK'S OFFICE

I, H. K. SMITH, Clerk of the County Commission aforesaid, and as such, custodian of the records of Births and Deaths, hereby certify that

Name of Deceased _____ TIMMY BAILEY _____

died in Wood County and State of West Virginia on the ___8TH___ day of ___JUNE___, 19 ___69___ as reference to Death Record No. ___12___    Page ___249___ of my office aforesaid, will show.

Date of Birth ___JULY 30, 1962___    Place of Birth ___WEST VIRGINIA___

Parent's Names ___CHARLES E. AND RUBY JANE BAILEY___

Cause of Death ___BURNS, 3RD & 4TH DEGREE___

Place of Death ___1800  12TH AVENUE, PARKERSBURG, WEST VIRGINIA___

IN TESTIMONY WHEREOF, I have hereunto affixed my signature and the Official Seal this ___3RD___ day of ___DECEMBER___, 19 ___85___, at Parkersburg, County and State aforesaid.

Death Recorded ___JULY 22, 1969___

By _____         _____
            DEPUTY                              CLERK WOOD COUNTY COMMISSION

10/3/07

Government Exhibit
No. 14
U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

COLONIAL FLORIST & ANTIQUES
100 N. MAIN ST.
GORDONSVILLE, VA 22942
540-832-3611

## Phone/Web

ID: SR25633770601
09/18/06                                    15:48:25
Batch #: 0352                AVS Code:    U

VISA
XXXXXXXXXXXX3976M              Exp: 09/08

CVV2 Code:

Appr Code: 589114        Invoice#: 000003
Ref #: 26118003
Total:                            $ 63.00

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X_____

Merchant Copy
THANK YOU!

Government Exhibit
No. 202

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

10/3/07

VIRGINIA:   IN THE CIRCUIT COURT FOR THE COUNTY OF GREENE

**KEVIN A. STROM,**

　　　　　　　Plaintiff

v.

**ELISHA R. STROM**
**541 Reva Lane**
**Stanardsville, VA**
**(Greene County)**

and

**M. CLIFTON McCLURE, sole acting Trustee**
**415 Fourth Street, N.E.**
**Charlottesville, VA**
**(City of Charlottesville)**

　　　　　　　Defendants

Government Exhibit
No. 206

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

A TRUE COPY TESTE:
MARIE C. DURRER, CLERK
BY: Susan B. Rank  DEPUTY CLERK
GREENE CO. CIRCUIT COURT
DATE: ___9-17-07___

## COMPLAINT

COMES NOW Kevin A. Strom, by counsel, and for his Complaint, respectfully states as

follows:

　　1.　　Kevin A. Strom and Elisha R. Strom are husband and wife.

　　2.　　By deed recorded in the Clerk's Office of the Circuit Court of Greene County the

hereinafter described property was conveyed to Kevin A. Strom and Elisha R. Strom: All that

certain lot together with improvements thereon and appurtenances thereto and designated as Lot

6, Reva Heights Subdivision, as shown on a plat thereof made by Roger W. Ray, CLS, dated

November 17, 1989, of record in said Clerk's Office at plat card 1321 and more commonly

known as 541 Reva Lane, Stanardsville, Virginia (the "Property").

　　3.　　By Deed of Trust dated December 1, 2000, which is recorded in Deed Book 564,

Page 337, Kevin A. Strom and Elisha R. Strom conveyed the Property to M. Clifton McClure

and Herbert L. Beskin, Trustees,

4.      Defendant, Elisha R. Strom, has falsely alleged that the Plaintiff is a child molester; has made false filings alleging that the Plaintiff has been guilty of child abuse; has committed assault and battery, malicious wounding and domestic abuse against the Plaintiff; has threatened violence including to kill the Plaintiff; has planted hidden cameras in the home for the purpose of taking video recordings of him and threatened to publicly embarrass and blackmail him by publishing them.

5.      Defendant, Elisha R. Strom, used the aforesaid acts to blackmail and extort money from Plaintiff and to obtain his signature on a quitclaim deed conveying the Property to her.

6.      As a result of the aforesaid acts, threats, extortion and blackmail, she obtained money from him sufficient to pay the mortgage on the Property.

7.      Despite the payments by the Plaintiff to the Defendant Elisha R. Strom, she failed to make the mortgage payments resulting in a default in the indebtedness to the note holder, demand for payment, and ultimately sale by the Defendant Trustee at a public auction on December 11, 2006, when the Property was sold to the highest bidder for $200,000.00.

8.      There is approximately $150,000.00 in principal, interest and service charges owed to the note holder, and another approximately $10,000.00 in expenses and fees owed to the Trustee, leaving an approximate balance of $40,000.00 (the "Net Proceeds") available distributable to the owners of the Property.

9.      The Plaintiff has a claim against the Net Proceeds of sale which ultimately should be distributed between the Plaintiff and the Defendant, Elisha R. Strom, pursuant to §20-107.3 of the Code of Virginia, 1950, as amended.

10.     The closing or settlement on the Property is to be scheduled on or before January 10, 2007.

11.     Elisha R. Strom is destroying Plaintiff's tangible personal property which was left at the Property causing Plaintiff damages.

WHEREFORE, the Plaintiff moves the Court for an injunction enjoining the Defendant Trustee from distributing the Net Proceeds from the foreclosure sale; a declaratory judgment that the quitclaim deed is void and unenforceable; distribution of the Net Proceeds as the Court deems meet and equitable; an injunction against Elisha R. Strom from destroying Plaintiff's property; an award of damages for the property she destroyed; an award to the Plaintiff of his costs and attorney's fees in this behalf expended; and for such other and further relief as the Court deems appropriate.

KEVIN A. STROM

By Counsel

Buck, Toscano & Tereskerz, Ltd.
211 East High Street
Charlottesville, VA 22902
Phone: (434) 977-7977
Fax: (434) 977-4847

By: _____
        Francis L. Buck
        VSB #12361

3

| | |
|---|---|
| **Message0037** | |
| **Subject:** | **Re: AWF on Poisoning Our Preschoolers (Final draft)]** |
| **From:** | Kelly <aislander@mindspring.com> |
| **Date:** | Mon, 28 Oct 2002 09:18:07 -0800 |
| **To:** | Elisha Strom <manipulator@elishastrom.com> |
| **Message Body** | |

Hmm..I am late for work because my uncle and his friends were putting around
outside at 5:30 am getting ready to go fishing. I woke up and tried to get
back to sleep. If I am late, might has well be real late.
Then I get a message on the machine from an Aryan Nations guy Sean, who I was
to meet in Idaho. I have company up here and he identifies himself on my
machine as an AN member.

My Jeep is being worked on by a REAL mechanic. The reason I have a Jeep now
and not a Nissan is because the last guy who fiixed the blown head gasket
forget to do something anf it blew again, 1 month later.
I have to go now. Don't waste any more eggs. I doesn't matter when you
celebrate Xmas, as long as you are together.

Kelly

Elisha Strom wrote:

> Kelly wrote:
> >
> > Haven't spellchecked yet. I leave the images up to your discretion.
>
> I've finally updated my site! I didn't put up everything I wanted
> to, but maybe it's better than nothing at all.
>
> I found a picture to go with your article, you can check it out and,
> if you get bored, you can read my "latest" -- written like three
> months ago -- article featured in Resistance. (Ha, might be a good
> example for you to see why I've stopped writing.)
>
> > I've had nonstop company and more has shown up so I will be busy. Also,
> > I think the clutch on my Jeep is out. Took it to the mechanic today and
> > am hoping it is not the transmission.
>
> Sorry I haven't gotten a chance to talk to you, Kevin has scheduled
> us a visit to Georgia this Friday for an Alliance meeting -- he'll
> be speaking at it -- and I've been trying to prepare for it.
>
> We've also been having it out over his children's next visit. We
> aren't supposed to have them again until summer but he wants them
> here during December/January holidays. Which means... either we
> spend Christmas and New Year's without him or we spend those days on
> the road or in a motel room. (Our last conversation on the subject

DEFENDANT'S
EXHIBIT
#26

> resulted in my flinging eggs at him, and then I spent an hour and a
> half cleaning up the walls and floors where they splattered.)
>
> Anyhow, what did you find out about your Jeep? Last time I had to
> replace a clutch on my car I had to go without a vehicle for three
> weeks only to have the new one drop out the very first day I had it
> back! Have no fear though, I'm sure that won't happen to you --
> unless you've got some of those infamous West Virginia mechanics
> working on it.
>
> Hope all is well for you. I'll try to give you a call sometime this
> coming week.
>
> Old and crabby,
>
> Elisha
> --
> http://www.elishastrom.com

---

### Main Message Header

From - Mon Oct 28 18:14:00 2002
Return-Path: <aislander@mindspring.com>
Delivered-To: ers@ludo.dreamhost.com
Received: from granger.mail.mindspring.net (granger.mail.mindspring.net [207.69.200.148])
 by ludo.dreamhost.com (Postfix) with ESMTP id 4429E27F8B
 for <manipulator@elishastrom.com>; Mon, 28 Oct 2002 09:08:05 -0800 (PST)
Received: from user-33qtmh8.dialup.mindspring.com ([199.174.218.40] helo=mindspring.com)
 by granger.mail.mindspring.net with esmtp (Exim 3.33 #1)
 id 186DMv-0007x0-00
 for manipulator@elishastrom.com; Mon, 28 Oct 2002 12:08:01 -0500
Message-ID: <3DBD714E.D4076B1D@mindspring.com>
Date: Mon, 28 Oct 2002 09:18:07 -0800
From: Kelly <aislander@mindspring.com>
X-Mailer: Mozilla 4.5 [en] (Win98; U)
X-Accept-Language: en
MIME-Version: 1.0
To: Elisha Strom <manipulator@elishastrom.com>
Subject: Re: AWF on Poisoning Our Preschoolers (Final draft)]
References: <3DB5E71C.B971A908@mindspring.com>
<3DB817D3.4A6F7C4A@elishastrom.com> <3DB874BA.80A4E688@mindspring.com>
<3DBCA671.1501B59@elishastrom.com>
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-Mozilla-Status: 8011
X-Mozilla-Status2: 00000000
X-UIDL: 1035824657.5526_47.ludo

xx

*to be sung to the tune of 'Here We Come a-Wassailing'*

Once I met a pretty girl; her name was ████████
She was the loveliest girl that I have ever seen.
Love and joy came that day
And I know they came to stay
And she said her name was ████████████
And her name is ████████████████

When ████████ smiles at me she makes my spirit soar --
She gives me such a rush it lasts a hundred days or more.
She takes my soul up to the sky
Maybe that is why
I bless the day I met ████████████████r
God bless ████████████████

Sheets of rain came falling down, no way we could stay dry
She put her arm around my waist, and I thought that I would die.
My love for her is not a sin.
Someday her heart I'll win
And I'll be showered with the kisses of ████████████
And I will marry ████████████████r.

Government Exhibit
No. 4

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

Entrancement

*to be sung to the tune of 'Here We Come a-Wassailing'*

I sing of the lass I've met; her name is ▮▮▮▮▮▮n
Her father let me take her to practice her stage scene.
Joy and pain came that day
And I know they came to stay
And she said her name was ▮▮▮▮▮▮▮▮▮▮
And her name is ▮▮▮▮▮▮▮▮▮▮

When ▮▮▮▮▮▮ smiles at me she makes my spirit soar --
She gives me such a rush it lasts a hundred days or more.
She takes my soul up to the sky
Maybe that is why
I bless the day I met ▮▮▮▮▮▮▮▮▮▮
God bless ▮▮▮▮▮▮▮▮▮.

Sheets of rain came falling down, no way we could stay dry
She put her arm around my waist, and I thought that I would die.
My love for her is not a sin.
I dream one day her heart I'll win
And I'll be showered with the kisses of ▮▮▮▮▮▮▮▮▮▮▮▮
And I will marry ▮▮▮▮▮▮▮▮▮▮

But dreams are sliced to ribbons by the scythe of Hate so keen
The bitch said that my angel was a beast, and I a fiend
Lies and blood spread all around
And now I dare not tread the ground
That is graced by the presence of ▮▮▮▮▮▮▮▮▮▮▮
My pure and precious ▮▮▮▮▮▮▮▮▮▮.

The chaste and lonely years of waiting, they have just begun
How can I get a word to her? -- tell her what I have done?
Tell her that Time's a cheat
And that my heart ne'er takes a beat
Without a thought of the beautiful ▮▮▮▮▮▮▮▮▮▮▮
Without loving Miss ▮▮▮▮▮▮▮▮▮

Sometimes lovers' spirits are born too far apart
Too distant -- not in Space, but Time -- and the world locks up their hearts
Light a candle on the sill
▮▮▮▮▮▮ I'll be waiting still
'Til the day I can embrace you, ▮▮▮▮▮▮▮▮▮▮
This life or next one, ▮▮▮▮▮▮▮▮▮.

Government Exhibit
No. 5

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

# 2006-2007 ORANGE COUNTY PUBLIC SCHOOLS CALENDAR

**181 Days Student Calendar**

**200 Days Teacher Calendar**

## Monthly Calendars

**JULY** — S M T W T F S

**AUGUST** — S M T W T F S

**SEPTEMBER** — S M T W T F S

**OCTOBER** — S M T W T F S

**NOVEMBER** — S M T W T F S

**DECEMBER** — S M T W T F S

**JANUARY** — S M T W T F S

**FEBRUARY** — S M T W T F S

**MARCH** — S M T W T F S

**APRIL** — S M T W T F S

**MAY** — S M T W T F S

**JUNE** — S M T W T F S

## Legend

- Student & Teacher Holidays
- Student Holiday/Teacher Workday
- PTC (Morning)/Student Holiday
- Optional Teacher Workdays
- New Hire Workdays
- First Day of School for Students
- Graduation/Teacher Workday
- *PTC - Parent Teacher Conferences*
- PTC (Evening)
- Student Half-Days
- End of Nine Weeks

The Orange County School Board does not discriminate on the basis of gender, race, religion, age, national origin or disability in its employment practices or educational programs and activities.

*CAUTION: Conditions may necessitate calendar amendments*

## 200 DAY CALENDAR

| MONTHS | CONTRACT DAYS | STUDENT DAYS | School-Based Prof. Dev. | Central Prof. Dev. |
|---|---|---|---|---|
| JULY | 14 | 7 | 0.5 | 1 |
| AUGUST | 20 | 21 | | |
| SEPTEMBER | 20 | 21 | | |
| OCTOBER | 22 | 21 | 0.5 | |
| NOVEMBER | 19 | 18 | | |
| DECEMBER | 14 | 14 | | |
| JANUARY | 21 | 18 | 1 | 1 |
| FEBRUARY | 20 | 20 | | |
| MARCH | 22 | 22 | 0.5 | |
| APRIL | 15 | 21 | | |
| MAY | 22 | 22 | | |
| JUNE | 11 | 6 | | |
| TOTAL DAYS | 200 | 181 | 2 | 2 |

FIRST DAY/STUDENTS — August 23, 2006
LAST DAY/STUDENTS — June 8, 2007

TEACHER BEGIN DATE — August 16, 2006
TEACHER END DATE — June 14, 2007

### 9 WEEK GRADING PERIOD ENDING DATES

**First Semester**
October 25, 2006
January 18, 2007

**Second Semester**
March 28, 2007
June 8, 2007

### INCLEMENT WEATHER MAKE UP DAYS (AS NEEDED)

| | |
|---|---|
| Make Up Day #1 | Not made up (181 days) |
| Make Up Day #2 | January 2, 2007 |
| Make Up Day #3 | Not made up (bank time) |
| Make Up Day #4 | January 19, 2007 |
| Make Up Day #5 | Not made up (bank time) |
| Make Up Day #6 | February 19, 2007 |
| Make Up Day #7 | Not made up (bank time) |
| Make Up Day #8 | April 13, 2007 |
| Make Up Day #9 | Not made up (bank time) |
| Make Up Day #10 | April 12, 2007 |

Government Exhibit No. 6

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

10/2/07

## IMPORTANT DATES

| | |
|---|---|
| August 9-11 | New Teacher Orientation |
| August 9-15 | Optional workdays for returning teachers |
| August 16-22 | Teachers Return/Pre-Service Week |
| August 21-22 | Instructional Assistants Report |
| August 23 | First Day of School |
| September 4 | Student & Teacher Holiday |
| October 12 | End of First Grading Period |
| October 13 | Parent Teacher Conference - Evening For Secondary (Middle & High) |
| November 6 | Parent Teacher Conference - Morning (Secondary)/Student Holiday |
| November 7 | Parent Teacher Conference - Evening For Elementary |
| November 22-24 | Parent Teacher Conference - Morning (Elementary)/Student Holiday |
| December 20 | Thanksgiving Break |
| December 21-29 | Student Half-Day |
| January 1 | Winter Break |
| January 2 | Winter Break |
| January 15 | Student Holiday/Teacher Workday |
| January 18 | Student & Teacher Holiday |
| January 19-22 | End of First Semester/End of Second Grading Period |
| January 22 | *Sliding Semester Break Student Holiday/Teacher Workday |
| February 19 | Student Holiday/Teacher Workday |
| March 28 | Student Holiday/Teacher Workday |
| March 15 | End of Third Grading Period |
| March 16 | Parent Teacher Conference - Evening (All Schools) |
| April 6-13 | Spring Break |
| May 28 | Student & Teacher Holiday |
| June 8 | Parent Teacher Conference - Morning/Student Holiday (All Schools) |
| June 9 | Student Half-Day/Last Day of School |
| June 11-14 | Graduation/Teacher Workday |
| | Teacher Workday - School Division Planning |

*This is a moveable break. The final decision will depend upon the need to balance the first and second semester based upon school closure days.

## CONTRACTED TEACHING AND WORKDAYS FOR 2006-2007

| | |
|---|---|
| Teaching Days | 181 |
| Workdays | 19 |
| Contracted Days | 200 |

| | |
|---|---|
| August 9, 2006 | New Teachers Report To Work |
| August 14-15, 2006 | Optional Workdays for Returning Teachers |
| August 16, 2006 | Teachers Report |
| August 16, 2006 | Convocation (10:00 AM) |
| August 17, 2006 | Site Based Staff Development (AM) |
| | Clerical Workday (PM) |
| August 18, 2006 | Division-wide Staff Development |
| August 23, 2006 | Students Report |
| | |
| October 13, 2006 | Clerical Workday (Elementary Staff) |
| November 7, 2006 | Clerical Workday (Middle/High School Staffs) |
| | |
| January 2, 2007 | Clerical Workday |
| January 19, 2007 | Clerical Workday |
| January 22, 2007 | Clerical Workday |
| | |
| February 19, 2007 | Division-wide Staff Development |
| | |
| March 16, 2007 | Clerical Workday |
| | |
| June 9, 2007 | Graduation/Optional Workday (Elem & Middle) |
| June 11, 2007 | Last Day (Elementary and Middle) |
| June 12-14, 2007 | Optional Workdays |

*Optional Workday — Schedules Coordinated With Building Principals
*Clerical Workday — Teachers Work In Their Classrooms (required)
*Division-wide Staff Development — Training To Support Division-wide Initiatives Planned By Central Office (required)

## CENTRAL SERVICES

| | |
|---|---|
| Dr. William Crawford, Superintendent | 661-4554 |
| Mr. Anthony D. Jackson, Assistant Superintendent | 661-4598 |
| Ms. Barbara Hill, Director of Finance | 661-4550 |
| Mr. David Hill, Director of Transportation | 661-4596 |
| Ms. Ann Bledsoe, Director of Facilities Service | 661-4553 |
| Ms. Rebecca Yellets, Director of Special Services | 661-4555 |
| Ms. Alexis Smith, Director of K-5 Instruction | 661-4550 |
| Mr. Dave Marr, Director of Technology | 661-4575 |
| Ms. Rebecca Phillips, Director of Head Start | 672-7500 |
| Mr. Keith Nocco, Director of Food Services | 661-4300 |
| Ms. Ellen Guidry, Director of Testing | 661-4550 |
| Ms. Gena Keller, Dir. of Student Services & Public Outreach | 661-4550 |
| Ms. Linda Carlton, Director of 6-12 Instruction | 661-4550 |

**Weather Announcement Line:** 661-4552
**Web Site Address:** www.ocss-va.org

School Board meetings are normally held on the first Tuesday of each month at 7:00 p.m. in the Gordon Building, 112 West Main Street, Orange, Virginia. Exceptions are advertised in advanced.

ox Mill Rd

Gregory Dr

man Ln

Government Exhibit
No. 7

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

Cox Mill Rd

CCardJJ.txt

Thank you for using the Ultimate Anonymity Pre-Paid visa program.

Your card details are as follows:

Card Number: 4016616490083976

Exp Date:  09/2008

Card ID#: 462

Amount $: 300

Name on Card: J. Justice

Bank Name:  MetaBank


IMPORTANT: Your card has NOT yet been activated! You must send us an email to SupportDesk@Ultimate-Anonymity.com letting us know you received and  decoded this message.

Once you have done that, we will activate your card and it will be ready for use.

Regards,

UA Support Staff

3618 Free Union Rd
Cville 22901

300-55=245

Page 1

Government Exhibit
No. 8

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

| Message0001 | |
|---|---|
| **Subject:** | **Membership?** |
| **From:** | It Must Be Love <love@onlylovecansavetheworld.com> |
| **Date:** | Sat, 02 Sep 2006 13:56:23 -0400 |
| **To:** | supportdesk@ultimate-anonymity.com |
| **Message Body** | |

Hi:

Did the transaction (membership purchase) fail yesterday? Should I
try again or just wait?


Thanks!

---

**Main Message Header**

From - Sat Sep 02 13:56:25 2006
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00800000
Message-ID: <44F9C5C7.3050806@onlylovecansavetheworld.com>
Date: Sat, 02 Sep 2006 13:56:23 -0400
From: It Must Be Love <love@onlylovecansavetheworld.com>
Organization: Yes
User-Agent: Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.1) Gecko/20040707
X-Accept-Language: en-us, en
MIME-Version: 1.0
To: supportdesk@ultimate-anonymity.com
Subject: Membership?
Content-Type: text/plain; charset=us-ascii; format=flowed
Content-Transfer-Encoding: 7bit

Government Exhibit
No. 9

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

| Message0001 | |
|---|---|
| **Subject:** | Ethical separation |
| **From:** | It Must Be Love <love@onlylovecansavetheworld.com> |
| **Date:** | Tue, 05 Sep 2006 15:03:55 -0400 |
| **To:** | SupportDesk@ultimate-anonymity.com |
| **Message Body** | |

Dear UA:

How do you make an ethical separation between your privacy business
and your PersonFinders business? Wouldn't it be tempting to use the
envelope postmarks, cc info, IP addresses, etc. that you accumulate
just as an unavoidable consequence of the UA business as clues to
find people for the other business?


Thanks,

L.

**Main Message Header**

From - Tue Sep 05 15:03:55 2006
X-Mozilla-Status: 0009
X-Mozilla-Status2: 00000000
FCC: mailbox://test@mail.revilo-oliver.com/Sent
X-Identity-Key: id6
X-Account-Key: account7
Date: Tue, 05 Sep 2006 15:03:55 -0400
From: It Must Be Love <love@onlylovecansavetheworld.com>
Organization: Yes
X-Mozilla-Draft-Info: internal/draft; vcard=0; receipt=0; uuencode=0
User-Agent: Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.7.1) Gecko/20040707
X-Accept-Language: en-us, en
MIME-Version: 1.0
To:  SupportDesk@ultimate-anonymity.com
Subject: Ethical separation
Content-Type: text/plain; charset=us-ascii; format=flowed
Content-Transfer-Encoding: 7bit

Government Exhibit
No. 10
U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

# I.D. FOR SALE IN THE MAIL

**A COMPREHENSIVE GUIDE**



Government Exhibit
No. 13

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

## COMPILED BY MICHAEL HOY

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 3:07cr0001 |
| | : | |
| v. | : | The Honorable Norman K. Moon |
| | : | |
| KEVIN ALFRED STROM | : | Trial:  October 2-4, 2007 |

### STIPULATIONS OF THE PARTIES

The parties to the above-captioned matter agree to the following fact:

1.  Kevin Alfred Strom has no children who attend, or have attended, the Orange County School System.

By:    _____
Kevin A. Strom

By:    _____
Andrea Harris
Attorney for the Defendant

By:    _____
William Gould
Assistant United States Attorney

Government Exhibit
No. 30

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

9/8/06 *(initials)*

Contract between Kevin Strom and Elisha Strom

I Kevin Strom do hereby enter into contract with Elisha Strom, that pursuant to ~~my exposed issues of being a~~ *concerns relating to* pedophile I will maintain ongoing visits with a qualified counselor that handles such issues, *including Harvey Yoder of the Family Life Resource Center.*

Those visits will be on ~~an every other week~~ *a twice per month (initials)* schedule, until such time that such qualified counselor will be able to indicate to Elisha Strom that I am free from being sexually drawn to children, or drawn to sexually explicit material of any kind concerning children, or any other characteristics of being a pedophile.

If I should remarry, it is understood that, if I have not been declared free of pedophilia by a qualified counselor, my future wife will be told of the issues I am dealing with. The purpose of this is to protect any children that might be involved in any future marriage relationship.

It is also agreed that Elisha Strom will have free access to whatever counselor is working with me regarding my progress and faithfulness to keep appointments.

Signature _____

Witness _____

Notary _____   My Commission Expires November 30, 2009

*State of Virginia – County of Albemarle*

Government Exhibit
No. 200

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

1.  Do you understand each of the rights as set forth on the reverse side of this card?   ☑ Yes      ☐ No
2.  Having these rights in mind, do you wish to talk to us now?   ☑ Yes      ☐ No

I HAVE BEEN ADVISED OF MY RIGHTS.

Signed: _____

_____
(Investigating Officer)

Date: 10/23/06                    Time: 1145 A

# Miranda Warning

You have the right to remain silent.

Anything you say can and will be used against you in a court of law.

You have the right to talk to a lawyer and have him present with you while you are being questioned.

If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

You can decide at any time to exercise these rights and not answer any questions or make any statements.

Government Exhibit
No. 214

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

```
------------------------  RECIPIENT INFORMATION  ------------------------

NAME:   ████████████
ADDR:   ████████████
CITY:   Gordonsville
PHONE 1:    ████████          PHONE 2:  (   )  -        ST:  VA  ZIP: 22942

1ST:  SELECTION GUIDE PRODUCT TF117-3:
1ST:  White Roses & Lilies - As Shown

2ND:  As Similar as Possible

CARD: To the kindest and finest person I've ever met.  God bless y
CARD: ou.

INST: THIS IS AN ANONYMOUS GIFT, DON'T SHARE MY NAME. Porch is OK.

DELIVERY DT:  09/16/06        DAY:              OCCASION CODE:  3
ORDER AMT:    $55.00 TAX:  $3.00 DELIVERY:  $5.00  TOTAL:  $63.00

------------------------  CREDIT CARD INFORMATION  ------------------------
CREDIT CARD #:  4016616490083976        EXPIRATION DATE:  09/08
CREDIT CARD AUTHORIZATION :  755846
CC AUTHORIZATION RESPONSE :  Unavailable. Address information is unavailable. -
NAME ON CREDIT CARD:  j. justice

ADDRESS WHERE CREDIT CARD BILLS ARE RECEIVED:  ████████████
CITY, STATE, ZIP:  Charlottesville , VA  22901
PHONE 1:    ████████          PHONE 2:  (   )  -

------------------------  CALLER INFORMATION  ------------------------
NAME OF CALLER:  j. justice
E-MAIL ADDRESS:  fekishaz@hotmail.com
NAME OF OPERATOR:  http://www.colonialf

DATE:  09/16/06        TIME:  08:44
```

***THIS REPORT CONTAINS CONFIDENTIAL INFORMATION. FOR PROPRIETARY USE ONLY.*****

Government Exhibit
No .201

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

7-1 (Rev. 7-10-06)



## FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To:  Richmond
     Squad 6/Charlottesville RA
     SA Stephen James Duenas

Date: July 24, 2007

Case ID No.: 305B-RH-53132 -94

Lab No.: 070621014 NY AAG

Reference: Communication dated June 13, 2007

Your No.:

Title:  KEVIN ALFRED STROM;
        POSSESSION OF CHILD PORNOGRAPHY

Date specimens received: June 21, 2007

The items listed below were examined in the Latent Print Operations Unit:

Q8       Envelope addressed to ▮▮▮▮▮▮ (1B41, E04055854)

Q9       DVD case  (1B41, E04055854)

This report contains the results of the latent print examinations.

## Results of Examinations:

Nine latent fingerprints and one latent palm print of value were detected on Q8, and Q9.

Two latent  fingerprints developed on Q8, an envelope addressed to ▮▮▮▮▮▮▮ and four latent fingerprints developed on Q9, a DVD case, have been identified as fingerprints of KEVIN A. STROM, FBI #867840LA3.

The remaining latent fingerprints are not fingerprints of STROM.

Page 1 of 2

Government Exhibit
No. 204

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

**Remarks:**

No palm prints of STROM are contained in our files.

Inked prints of KEVIN A. STROM, recorded in connection with this case, should be submitted to the Evidence Control Unit with correspondence referenced to FBI Laboratory number 070621014 NY AAG. These prints will be used for comparison purposes and any latent print testimony you may desire in this matter.

For questions about the contents of this report, please contact Physical Scientist/Forensic Examiner Heather M. Webster at (703)632-7660.

For questions about the status of your submission, please contact Request Coordinator Lori Uhle at (703)632-7172.

The specimens and photographs of the developed latent prints are being returned under separate cover.

Heather M. Webster
Latent Print Operations Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 2 of 2

070621014 NY AAG

For Official Use Only





# WARRANT OF ARREST—FELONY

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

**Greene** ................................................
CITY OR COUNTY

☐ General District Court   ☐ Criminal   ☐ Traffic
☒ Juvenile and Domestic Relations District Court

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **10/17/2005**, did unlawfully and feloniously in violation of Section
........DATE........

..2-51 ................................. Code of Virginia:
maliciously stab, cut, or wound Kevin A. Strom [husband] with the intent to maim, disfigure, disable, or kill.

Government Exhibit
No. 205

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

.............................................., Complainant.

**Kevin A. Strom** ..............................................

**11/29/2006 02.03 PM** ............................
DATE AND TIME ISSUED

Charles M. Fisher
☐ CLERK   ☒ MAGISTRATE   ☐ JUDGE

**CCRE is Required**
FO° M DC-312 (FRONT) REVISED 7/05

*TAKE BUCCAL SAMPLE IF LIDS SHOWS NO DNA SAMPLE IN DATA BANK*
Check if sample previously taken: ____
Check if sample taken for this arrest: ____

---

CASE NO.  **JA003121-03-00**

ACCUSED:
**Strom, Elisha**
LAST NAME, FIRST NAME, MIDDLE NAME

**Stanardsville, VA 22973**
ADDRESS/LOCATION

Hearing Date/Time
12/07/2006
09:00 AM

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|------|------|------|------|------|------|------|
| U | F | MO. | DAY | YR. | FT. | IN. | | BRO | BRO |
| | | 5 | 5 | | 5 | 5 | 100 | | |

SSN ███████

DL# ████████████  STATE ████

☒ CLASS __3__ FELONY

☒ EXECUTED by arresting the Accused named above on this day:

12/5/06 1046 Am
DATE AND TIME OF SERVICE

JB McKlnrJ ..................... Arresting Officer

336 GCSO 039
BADGE NO., AGENCY AND JURISDICTION

for: J S HAAS ...................
SHERIFF

Attorney for the Accused: ...................

Short Offense Description:
**MALICIOUS WOUNDING**

Offense Tracking Number:
**079JM43106030 62**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**ASL-1334-F3**

---

# FELONY

# F

DC-311 10/97 PC   (114-3-010 11-03)

**CRIMINAL COMPLAINT**
Commonwealth of Virginia

RULES 3A:3 AND 7C:3

Print ALL information clearly:

☑ General District Court

☒ Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that

the Accused committed a criminal offense, on or about

10/17/2005, 6/2006, between 6/2005 - 7/14/2006 ........... in the ☐ City ☑ County ☐ Town

DATE OFFENSE OCCURRED (S)

of ........... GREENE

I base my belief on the following facts:

- On various dates between 6/1/2005 and 7/14/2006 I was physically attacked
by her resulting in bruises to my face. On five separate occasions. I can recall on 10/17/2005 I was
struck with a heavy metal antique telephone in the side of my
left temple. Mr. Ronald Schneider was called and witnessed the
aftermath, including blood on walls and floors, and Elisha's
confession of responsibility. I was transported to Martha
Jefferson Hospital where I received 8 stitches in June 2006 I
was struck with her fist cutting me near my left eye and affecting
my vision. Elisha has also threatened to kill me on numerous
occasions, some of which I have on tape.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:

• By swearing to these facts, I agree to appear in court and testify, if a warrant or summons is issued.

• The charge in this warrant cannot be dismissed except by the court, even at my request.

Greene
CITY OR COUNTY

KEVIN A. STROM
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

_[signature]_
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day,

11/28/2006 2:00 PM
DATE AND TIME

_[signature]_
☐ CLERK ☑ MAGISTRATE ☐ JUDGE

**CRIMINAL COMPLAINT**

ACCUSED: Name, Description, Address/Location

STROM, Elisha
LAST NAME, FIRST NAME, MIDDLE NAME

Stanardsville, Va. 22973

| SSN | RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|-----|------|-----|------------------|-------------|------|------|------|
|     | W    | F   | ▓▓▓              |             |      | Br   | Br   |

GREEN COUNTY J & D R DISTRICT COURT
I, the undersigned clerk or deputy clerk of the
above-named court ... pursuant to Va.
Code § 6.01-3113 ... is document is
which this a ... e copy of
... copy of
... in

9-17-07 Amber L. Knight

# CRIMINAL COMPLAINT
Commonwealth of Virginia

RULES 3A.3 AND 7C.3

Print ALL information clearly:

## CRIMINAL COMPLAINT

GREENE County
CITY OR COUNTY

☐ General District Court

☑ Juvenile and Domestic Relations District Court

Under penalty of perjury; I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

4/2006 — PRESENT ............. in the ☐ City ☑ County ☐ Town

DATE OFFENSE OCCURRED

ACCUSED: Name, Description, Address/Location

STROM, J. ELISHA
LAST NAME, FIRST NAME, MIDDLE NAME

STANARDSVILLE VA 22973

of GREENE
I, ____ my TELEPHONE # TO BE CONFIDENTIAL AS OUTLINED IN THE VICTIM/WITNESS
I base my belief on the following facts: ASSISTANCE PROGRAM)

ELISHA STROM, AS DETAILED IN MY POLICE REPORT, HAS
BEEN EXTORTING MONEY AND VIDEO RECORDINGS OF ME MADE WITHOUT
MY KNOWLEDGE OR CONSENT. SHE USED THIS METHOD OF EXTORTION
TO COMPEL ME TO SIGN A QUITCLAIM DEED GIVING HER THE HOUSE,
GIVE HER CASH AND CHECKS, GIVE HER MY DEBIT CARD, AND COMPEL
MY SILENCE ON HER CRIMINAL VIOLENCE (AND ALSO TO TAKE FROM
ME VIRTUALLY ALL OF MY PERSONAL POSSESSIONS, WHICH ARE NOW NOT AT
THREATENING TO PUBLISH VIDEO RECORDINGS OF ME MADE WITHOUT
I FEAR FOR MY LIFE AND SAFETY BECAUSE OF HER ____ THREATS AND VIOLENCE.

The statements above are true and accurate to the best of my knowledge and belief. In making this complaint, I have read and fully understand the following:

• In the event this complaint is issued,
I agree to appear in court and testify if a warrant or summons is issued.

• By swearing to these facts, I agree to appear in court and testify at my request.

• The charge in this warrant cannot be dismissed except by the court, even at my request.

Subscribed and sworn to before me this day.

_[signature]_
SIGNATURE OF COMPLAINANT

KEVIN A. STROM
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

..........................................
DATE AND TIME

DC-311 10/97 PC     (114-010 1004)

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT | | WGT | EYES | HAIR |
|------|-----|------|--|--|----|--|-----|------|------|
| | | MO | DAY | YR | FT | IN | | | |
| W | F | 1 | ■ | ■ | 5 | ■ | 120 | BRN | BROWN |

SSN

GREEN COUNTY J & D R DISTRICT COURT
I, the undersigned ____ or deputy clerk of the
abovenamed court, ____ pursuant to Va.
Code 8.01-391(b) ____ the document to
which this ____ a true copy of
a record ____ made in

9.17.07   _[signature]_

**GREENE COUNTY CIRCUIT COURT**       Case Number  CL·06·188

Kevin A. Strom              vs    Elisha Strom et al

**Table of Contents**
**Page 1**                              Rule 5:13 & 5A:10

| Name of Paper | Date Filed | Page Number |
|---|---|---|
| Emergency Motion to Stay Foreclosure of Property | 12-7-06 | 1-2 |
| Exhibit "A" | 12-7-06 | 3-4 |
| Exhibit "B" | 12-7-06 | 5-6 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I, the undersigned, certify that the papers listed above and filed herein are the original papers entered in the above-styled case and constitute the true and complete record in this case except for exhibits whose omission is noted in the table of contents.

Marie C. Durrer, Clerk

By: _____ Clerk/Deputy Clerk

Greene County Circuit Court

Government Exhibit
No. 207

U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001

**GREENE COUNTY CIRCUIT COURT**          **Case Number** _____

**Table of Contents**
**Page**                                      **Rule 5:13 & 5A:10**

| Name of Paper | Date Filed | Page Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I, the undersigned, certify that the papers listed above and filed herein are the original papers entered in the above-styled case and constitute the true and complete record in this case except for exhibits whose omission is noted in the table of contents.

Marie C. Durrer, Clerk

By: _____Clerk/Deputy Clerk

Greene County Circuit Court

NOTICE OF TRUSTEE'S SALE

██████████████

Stanardsville, Virginia   22973

In execution of a deed of trust dated December 1, 2000 and
recorded in the Clerk's Office of the Circuit Court of Greene
County, Virginia in Deed Book ████ page ███ (the "deed of
trust"), default having occurred under the Deed of Trust and in
the payment of the debt secured thereby, and being instructed to
do so by the Lender, the undersigned sole acting Trustee will
offer for sale the property described below at public auction to
the highest bidder on December 11, 2006 at 12:00 Noon at the
front steps of the Greene County Circuit Court at 22 Court Court
Street, Stanardsville, Virginia, the following property with
improvements thereon:

███████████████ Subdivision as shown on a plat thereof
made by Roger W. Ray, C.L.S., dated November 17, 1989,
of record in the Clerk's Office of the Circuit Court of
Greene County, Virginia, at Plat Card ████ (Tax Map
38-15-6).

A deposit of $10,000.00 cash by certified check shall be
required to qualify as a bidder before the sale, except from the
Lender.  Deposit, without interest, is applied to the purchase
price at settlement.  Settlement will be held on or before 15
days after sale.  Upon purchaser's default, the deposit shall be
forfeited and the property shall be resold at the risk and costs
of the defaulting purchaser.  In the event the sole acting
Trustee cannot convey to the purchaser marketable title, in the
sole acting Trustee's sole discretion, the sale may be rescinded
and the purchaser's sole remedy shall be the refund of the
deposit.

The balance of the purchase price shall be by certified
check.  Settlement shall be at the offices of the Substitute
Trustee or other mutually agreed location.  The property and any
improvements thereon shall be sold in "as is" condition without
any warranties.  The successful bidder shall assume all loss or
damage to the property from and after the time of the sale.
Purchaser shall be responsible for all costs of the conveyance,
which shall be by special warranty, including, but not limited
to, the preparation of the deed and the grantor's tax.  The sale

EXHIBIT A

1

is subject to such additional terms as the sole acting Trustee may announce at the time of sale.  The purchaser will be required to sign a Memorandum of Sale incorporating all the terms of the sale.

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Written notice of this Trustee's Sale has been sent to the owners by certified mail in strict compliance with section 55-59.1 of the Virginia code.

M. Clifton McClure,
Sole acting Trustee

For information contact:

M. Clifton McClure, Esquire
415 Fourth Street, N.E.
Charlottesville, Virginia  22902

(434) 977-6222

THE LAW OFFICES OF

# McCLURE, CALLAGHAN & ATKINS

SUITE 200
415 FOURTH STREET, N.E.
P.O. BOX 1333
CHARLOTTESVILLE, VIRGINIA 22902

M. CLIFTON McCLURE
ROBERT M. CALLAGHAN
D. MICHAEL ATKINS
KENNETH P. BUCCI

TELEPHONE
(434) 977-6222
FAX
(434) 977-8190
E-MAIL
MCACVILLELAW@EARTHLINK.NET

November 7, 2006

BY REGULAR MAIL AND
BY CERTIFIED MAIL -
RETURN RECEIPT REQUESTED

Mr. Kevin A. Strom
Mrs. Elisha R. Strom
▓▓▓▓▓
Earlysville, Virginia  22936

    Re: Foreclosure Sale of Real Estate owned by Kevin A.
        Strom and Elisha R. Strom, located at ▓▓▓▓▓▓
        ▓▓▓▓, Stanardsville, Virginia  22973

Dear Mr. and Mrs. Strom:

    Wendell W. Wood ("Lender") is the current owner of a note
("Note") dated December 1, 2000, made by Kevin A. Strom and
Elisha R. Strom in the original amount of $155,800.00.  The note
is secured by a certain deed of trust ("Deed of Trust") made by
Kevin A. Strom and Elisha R. Strom, dated December 1, 2000 and
recorded in the Clerk's Office of the Circuit Court of Greene
County, Virginia, in Deed Book ▓▓▓, page ▓▓, encumbering the
real property described above.

    At the request of the Lender, you are hereby notified as
follows:

    (A)  that the Note is in default because of your failure to
pay according to the terms;

    (B)  that the entire outstanding principal balance and all

EXHIBIT B

Kevin A. Strom
Elisha R. Strom
November 7, 2006
page 2

accrued interest under the Note have been and hereby are
declared immediately due and payable (accelerated); and

    (C)  that the property described in the copy of the Notice
of Trustee's Sale enclosed with this letter, which secured the
payment of the Note, will be sold at public auction in
accordance with the terms of the Notice.

    In order to prevent this sale you must pay off the entire
outstanding principal balance of your loan, plus interest, late
charges and costs to date, including attorney fees and expenses.
Your failure to do so will result in the sale of the property.
Payment must be made by certified or cashier's check.  Because
the amount required to repay your loan will change daily, you
must contact the undersigned for a current figure.

    This notice is given on behalf of the sole acting trustee
under the deed of trust.  The sale will take place at the front
door of the Courthouse of the Circuit Court of Greene County,
Virginia, 22 Court Street, Stanardsville, Virginia at 12:00 Noon
on December 11, 2006, in accordance with the enclosed Notice of
Trustee's Sale.

    THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

                         Sincerely,

                         M. Clifton McClure
                         Sole Acting Trustee

MCM/ap
Enclosure

COMMONWEALTH OF VIRGINIA

CIRCUIT

IN THE ~~GENERAL DISTRICT~~ COURT

IN AND FOR THE COUNTY OF GREENE

*V/Rg 12/7/06*

A TRUE COPY TESTE:
MARIE C. DURRER, CLERK
BY: Susan B Rank DEPUTY CLERK
GREENE CO. CIRCUIT COURT
DATE: 9-17-07

| | |
|---|---|
| Kevin Alfred Strom, *ex parte*, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| Elisha Strom, | ) |
| Brian N. O'Donnell & Unknown Agents | ) |
| individually and as Agents of the | ) |
| Federal Bureau of Investigation | ) |
| Defendants | ) |
| | ) |
| | ) |

CASE NUMBER CL06-188

```
VALIDATE CASE PAPERS
RCPT : 06000008414
DATE : 12/07/06 TIME: 16:00
CASE : 079CL06000188-00
ACCT : STROM, KEVIN A.
AMT  :        $79.00
```

## EMERGENCY MOTION TO STAY FORECLOSURE OF PROPERTY

Now comes the Plaintiff, Kevin Alfred Strom, *ex parte*, and moves this Honorable Court to stay the foreclosure of the property which was extorted from him through invasion of privacy and blackmail.

Defendant Elisha Strom obtained video recordings of Plaintiff Strom without his knowledge or consent and used these to blackmail him to extort a quitclaim deed to Plaintiff's property. She then demanded his debit card and the cash in his wallet, and demanded that he pay to her the moneys needed for mortgage payments to the mortgagee. She also seized all of Plaintiff's separate and personal property within the home, amounting to virtually all the property of Plaintiff Kevin Strom, accumulated over a lifetime and including priceless historical documents, works of art, and the entire works in progress of the Plaintiff needed to continue his profession. The mortgagee, Wendell Wood, who allegedly has not received payment since August of this year, has moved for foreclosure on the property at ▮▮▮▮▮▮▮, Stanardsville, in the County

of Greene. In addition to misappropriating the extorted funds, Defendant Elisha Strom has apparently not paid the mortgagee, although she stated on the record in Domestic Relations District Court on December 7, 2006, that there would be no foreclosure.

WHEREFORE, the Plaintiff moves this Honorable Court to stay the foreclosure on his property set certain by this Court on the 11th of December, 2006; to declare the Quitclaim Deed extorted from him by blackmail to be null and void; and to restore his rights to possession, access, and return of his separate property.

Respectfully submitted,

Kevin Alfred Strom, in propria persona

Stanardsville, Virginia 22973

CC: CERTIFIED COPIES TO DEFENDANTS
12/7/06