AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

USA

V.

Kevin Strom

**EXHIBIT AND WITNESS LIST**

Case Number: 3:07CR00001-001

| PRESIDING JUDGE<br>Norman K. Moon | PLAINTIFF'S ATTORNEY<br>William Gould | DEFENDANT'S ATTORNEY<br>Andrea Harris |
|---|---|---|
| TRIAL DATE (S)<br>10/2/07 | COURT REPORTER<br>Sonia Ferris | COURTROOM DEPUTY<br>Heidi N. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 213 | | 10/2/2007 | X | X | Mediation Agreement                                                O'Donnell |
| 200 | | 10/2/2007 | X | X | Agreement                                                                  O'Donnell |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

9/8/06

Contract between Kevin Strom and Elisha Strom

I Kevin Strom do hereby enter into contract with Elisha Strom, that pursuant to ~~my exposed issues of being a~~ pedophil~~e~~ concerns relating to I will maintain ongoing visits with a qualified counselor that handles such issues, including Harvey Yoder of the Family Life Resource Center.

Those visits will be on a twice per month (or ~~an every other week~~) schedule, until such time that such qualified counselor will be able to indicate to Elisha Strom that I am free from being sexually drawn to children, or drawn to sexually explicit material of any kind concerning children, or any other characteristics of being a pedophile.

If I should remarry, it is understood that, if I have not been declared free of pedophilia by a qualified counselor, my future wife will be told of the issues I am dealing with. The purpose of this is to protect any children that might be involved in any future marriage relationship.

It is also agreed that Elisha Strom will have free access to whatever counselor is working with me regarding my progress and faithfulness to keep appointments.

Signature _[signed]_

Witness _[signed]_

Notary _[signed]_ My Commission Expires November 30, 2009

State of Virginia – County of Albemarle

Government Exhibit
No. 200
U.S. v. Kevin Alfred Strom
Case No. 3:07cr00001