UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**        NOTICE

      v.        CASE NO.: 3:07CR00001

**KEVIN ALFRED STROM**

---

**TYPE OF CASE:**
        CIVIL        **X**    CRIMINAL

---

**X** TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**                                300

**U. S. DISTRICT COURT**
255 West Main Street        **DATE:** 14 JAN 2008
Charlottesville, VA  22902        **TIME:** 9:30 A.M.

---

**TYPE OF PROCEEDING:**

**GUILTY PLEA**

---

                JOHN F. CORCORAN, CLERK OF COURT

DATE:  December 20, 2007        By:  /s/ H. Wheeler
                            DEPUTY CLERK

To:  Andrea Harris, Esq.
     AUSA-Bill Gould
     File
     U. S. Probation Office
     U. S. Marshal
     Norman K. Moon, U.S. District Judge
     Brenda Dameron, Deputy Clerk