CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 1 4 2008

JOHN F. CORCORAN, CLERK
BY: /s/ (Deputy Clerk)

(Rev. 11/9/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

UNITED STATES OF AMERICA

V.                                                    Criminal Action No. 3:07CR00001-001

Kevin Alfred Strom

In the presence of _____Andrea Harris_____, my counsel, who has fully explained the charges contained in the indictment/~~information~~ against me, and having received a copy of the indictment/~~information~~ from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment/~~information~~ and each count/count(s) __6__ thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

1/14/08
Date

_Andrea Harris_
Witness