# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Case No. 3:07CR00001-001                                            Date 1/14/08

U.S.A. vs. Kevin Alfred Strom                                        Counsel Andrea Lantz
1. (✘) present  (✘) custody  ( ) bond  ( ) age          (✘) present  ( ) retained  (✘) appointed
                                                         Counsel
2. ( ) present  ( ) custody  ( ) bond  ( ) age           ( ) present  ( ) retained  ( ) appointed
                                                         Counsel
3. ( ) present  ( ) custody  ( ) bond  ( ) age           ( ) present  ( ) retained  ( ) appointed
                                                         Counsel
4. ( ) present  ( ) custody  ( ) bond  ( ) age           ( ) present  ( ) retained  ( ) appointed

PRESENT: HON. Norman K. Moon , JUDGE     USPO: Rick Carter

Heidi N. Wheeler          Sonia Ferris            William Gould
Deputy Clerk              Court Reporter          Asst. U.S. Attorney

**PROCEEDINGS:**

___ Waiver of Indictment filed     ___ Information filed     ___ Waived Appt. of Counsel

___ Arraignment and plea continued to _____

    ___ Juvenile Information filed with Certificate of U.S. Attorney that State Court refuses jurisdiction

✘ Defendant states that true name is _____SAME_____ Given COPY Indictment (Information)

✘ Defendant waives reading of Indictment-Information     ___ Indictment-information read

___ Defendant is ARRAIGNED and specifically advised of his rights, pur: Rule 11 F. R. C. P.

___ Defendant moves to CHANGE PLEA     ___ Court grants motion

✘ Plea Agreement filed with/stated to Court

✘ Defendant is re-arraigned as to Ct(s) 6

___ Continued for plea to _____

✘ Court questions defendant regarding his physical and mental condition, and advises defendant of the nature and possible consequences of said plea

✘ Court accepts plea of guilty

✘ Guilty Plea form executed and filed

✘ Government summarizes evidence to support plea and rests    Witness: _____

✘ Court finds defendant guilty as charged in Ct(s) & enters judgment thereon

**DEFENDANT PLEADS:**

| (list counts) | G | NG | NOLO | DISMISSED ON MOTION OF U.S.A. |
|---|---|---|---|---|
| 1. | 6 | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

___ Assigned for hearing on pending motions on _____

___ Assigned to calendar of Judge _____ for all further proceedings.

___ Trial set for _____     ___ Continued to _____
    ( ) Jury  ( ) Non-jury                              for setting for trial

___ Court received Presentence Report.     ___ Copy of Presentence Report not requested.

✘ Court orders Presentence Report.         ___ Copy of same furnished to counsel.

___ Defendant to remain on bond.           ✘ Defendant remanded to custody.

Case continued until 4/21/08 at 9:30 a.m. for sentencing.

Time in Court: 14 min

GUILTY PLEA:  Heidi Wheeler-Deputy Clerk  Probation Officer Rick Carter  9:30- 9:44= 14 min

Defendant present with counsel for guilty plea hearing. Court obtains personal data.  Court goes over charges, rights, penalties and guidelines.  Court goes over waiver with defendant. Defendant enters plea of guilty. AUSA summarizes elements and range of punishment. Court has defense counsel and AUSA summarize plea agreement. AUSA summarizes evidence. Plea Agreement filed in open court. Defendant pleads guilty to Count Six. Court finds the defendant guilty as to same. Court orders presentence report. Guilty plea form executed in open court. Defendant remanded to custody. Court sets sentencing for 4/21/08 at 9:30 a.m.