UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**         NOTICE

    v.         CASE NO.: 3:07CR00001

**KEVIN ALFRED STROM**

___

**TYPE OF CASE:**
    CIVIL     **X**     CRIMINAL
___

**X**    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:
___
**PLACE:**      300

**U. S. DISTRICT COURT**
255 West Main Street     **DATE:** 21 APRIL 2008
Charlottesville, VA 22902     **TIME:** 9:30 A.M
___
**TYPE OF PROCEEDING:**

**SENTENCING**

___

           **JOHN F. CORCORAN, CLERK OF COURT**

DATE: January 14, 2008     By: /s/ H. Wheeler
                                       DEPUTY CLERK

To:   Andrea Lantz, Esq.
      AUSA-William Gould
      File
      U. S. Probation Office
      U. S. Marshal
      Norman K. Moon, U.S. District Judge
      Brenda Dameron,Deputy Clerk