CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 17 2008

JOHN F. CORCORAN, CLERK
BY: /s/ 
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA     :
                             :
                             :   Case No. 3:07cr1
v.                           :
                             :
                             :
KEVIN STROM                  :

Comes now, the defendant, Kevin Strom, through counsel and requests that the attached Sentencing Memorandum be placed under seal for the following reason:

The memorandum expands on the information contained in Mr. Strom's presentence report and outlines personal, confidential information related to Mr. Strom's children.

Respectfully submitted,

KEVIN STROM
By Counsel

/s/ Andrea Harris
Andrea Lantz Harris
VSB 37764
401 E. Market Street, Suite 106
Charlottesville, VA 22902
(434)220-3387
Andrea_Harris@fd.org
Counsel for Defendant

### CERTIFICATE

I hereby certify that on April 17, 2008, I filed the foregoing with the Clerk of the Court, and I hereby certify that I have delivered a copy to Assistant U.S. Attorney William Gould, 255 W. Main Street, Charlottesville, VA 22902.

/s/ Andrea Harris
Andrea Lantz Harris