CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

APR 1 7 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | *Plaintiff,* | CRIMINAL NO. 3:07cr00001 |
| v. |  | ORDER |
| KEVIN ALFRED STROM | *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court upon the defendant's motion to seal his sentencing memorandum. The sentencing memorandum contains personal, confidential information related to the defendant's children; therefore, I will ORDER that this memorandum be filed under seal.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to both parties.

ENTERED THIS _17th_ DAY OF April, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE