# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

-vs-

Kevin Alfred Strom

Action No.: 3:07CR00001-001

Date: 4/21/08

Judge: Norman K. Moon

Court Reporter: Sonia Ferris

## LIST OF WITNESSES

Attorney
William Gould

Attorney
Andrea Harris

**PLAINTIFF/GOVERNMENT:**
1.
2.
3.
4.

**DEFENDANT:**
1. Ron Schneider
2.
3.
4.

**PROCEEDINGS:**

SENTENCING  Deputy Clerk Heidi Wheeler, Probation Officer David Bean 9:30-10:17=47 min

Defendant present with counsel for sentencing. Presentence Report placed in record. No factual or legal issues in dispute. Computations by Court. Remarks by Counsel. Mitigating evidence Allocution. CBOP: 23 months; S/R 15 years. Defendant to report to probation officer in district of release within 72 hours of release, comply with mandatory conditions, no crimes, no controlled substances, comply with standard conditions. Mandatory drug testing is suspended. Defendant shall not possess a firearm, ammunition, dangerous weapon, or destructive device, shall cooperate in the collection of DNA.

Defendant shall comply with the standard conditions that have been adopted. Defendant shall participate in a program of mental health treatment. Defendant shall reside in a residence free of firearms, ammunition, dangerous weapon, or destructive devices. Defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of firearms or illegal pornography. Defendant must comply with the conditions of supervised released-Tier I Sex Offenders.

No Fine. Special Assessment $100.00. Court advises defendant of his right to appeal. Defendant remanded to custody.