*United States District Court*
*Office of the Clerk*
*Western District of Virginia*
*255 West Main Street*
*Charlottesville, Virginia  22902*
March 24, 2010

**TO:**      United States Attorney's Office, Andrea Harris

**FROM:**    Heidi N. Wheeler, Deputy Clerk

**SUBJECT:** **Trial Exhibits - USA v. Kevin Strom 3:07CR00001**

   The exhibits filed on behalf of your client in the above-styled action will be destroyed, pursuant to an Order of this Court entered on April 11, 1988, unless picked up by you within thirty (30) days from the date of this letter.

   If you have any questions, please call (434)  296-9284.

Attachment:  Exhibit List

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

USA

V.

Kevin Strom

## EXHIBIT AND WITNESS LIST

Case Number: 3:07CR00001-001

| PRESIDING JUDGE<br>Norman K. Moon | PLAINTIFF'S ATTORNEY<br>William Gould | DEFENDANT'S ATTORNEY<br>Andrea Harris |
|---|---|---|
| TRIAL DATE (S)<br>10/2/2007 | COURT REPORTER<br>Sonia Ferris | COURTROOM DEPUTY<br>Heidi N. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 17 | | 10/2/2007 | X | X | Group of four photos of Rebecca Van Lear | Suzan Van Lear |
| 29 | | 10/2/2007 | X | X | Sweater | Suzan Van Lear |
| 203 | | 10/2/2007 | X | X | Card that came with flowers | Suzan Van Lear |
| 201 | | 10/2/2007 | X | X | Invoice/Internet order from Florist ( 10/3/2007- through Graves) | Suzan Van Lear |
| 11 | | 10/2/2007 | X | X | Envelope delivered to Van Lear mailbox | Suzan Van Lear |
| 12 | | 10/2/2007 | X | X | DVD from envelope | Susan Van Lear |
| 18 | | 10/2/2007 | X | X | Four photos of Rebecca | Rebecca Van Lear |
| 19 | | 10/2/2007 | X | X | Four photos of Rebecca on rocks | Rebecca Van Lear |
| 20 | | 10/2/2007 | X | X | Four photos of Rebecca on rocks | Rebecca Van Lear |
| 28 | | 10/2/2007 | X | X | One photo - School photo of Rebecca | Rebecca Van Lear |
| 2 | | 10/2/2007 | X | X | Laptop | Gregory Hermonson |
| 3 | | 10/2/2007 | X | X | External hard drive | Gregory Hermonson |
| 4 | | 10/2/2007 | X | X | First version of song 4/9/2006 | Gregory Hermonson |
| 5 | | 10/2/2007 | X | X | Second version of song 10/15/06 | Gregory Hermonson |
| 6 | | 10/2/2007 | X | X | Calendar schedule | Gregory Hermonson |
| 7 | | 10/2/2007 | X | X | Map of streets | Gregory Hermonson |
| 8 | | 10/2/2007 | X | X | E-mail | Gregory Hermonson |
| 9 | | 10/2/2007 | X | X | E-mail found on laptop 9/2/06 | Gregory Hermonson |
| 10 | | 10/2/2007 | X | X | E-mail 9/5/06 | Gregory Hermonson |
| 21 | | 10/2/2007 | X | X | Four photos of Rebecca | Gregory Hermonson |
| 27 | | 10/2/2007 | X | X | Photos of Rebecca | Gregory Hermonson |
| 1 | | 10/2/2007 | X | X | Computer | Paul Messing |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | | vs. | Kevin Strom | CASE NO. 3:07CR00001-001 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 15 | | 10/2/2007 | X | X | Nine photos | Paul Messing |
| 16 | | 10/2/2007 | X | X | Photos of group of girls | Paul Messing |
| 205 | | 10/2/2007 | X | X | Warrant of arrest | Elisha Strom |
| 206 | | 10/2/2007 | X | X | Complaint | Elisha Strom |
| 207 | | 10/3/2007 | X | X | Lawsuit | Elisha Strom |
| 200 | | 10/3/2007 | X | X | Agreement | Elisha Strom |
| 13 | | 10/3/2007 | X | X | Book "ID for Sale" | Elisha Strom |
| 14 | | 10/3/2007 | X | X | Death Certificate | Elisha Strom |
| | 26 | 10/3/2007 | X | X | E-mail from Elisha | Elisha Strom |
| 30 | | 10/3/2007 | X | X | Stipulation as to Children in Orange Co. Schools | |
| 202 | | 10/3/2007 | X | X | Receipt for flowers | Donna Graves |
| 214 | | 10/3/2007 | X | X | Miranda card | Brian O'Donnell |
| 204 | | 10/3/2007 | X | X | Report as to FBI results | Brian O'Donnell |
| 208 | | 10/3/2007 | X | X | Greene Co. Circuit Court Case | Brian O'Donnell |
| 209 | | 10/3/2007 | X | X | Greene Co. Circuit Court Case | Brian O'Donnell |
| 210 | | 10/3/2007 | X | X | Greene Co. Circuit Court Case | Brian O'Donnell |
| 211 | | 10/3/2007 | X | WD | Copy of driver history | Brian O'Donnell |

Government Exhibits #1, #2, #3, #29, #12 and #11 returned to Stephen Duenas this 3rd day of October 2007.

By: _[signature]_

By: _Heidi Wheeler, Deputy Clerk_