*United States District Court*
*Office of the Clerk*
*Western District of Virginia*
*255 West Main Street*
*Charlottesville, Virginia   22902*

TO         Duty Attorney / Andrea Harris

FROM:      **H. Wheeler**, Deputy Clerk

SUBJECT:   **Exhibits   3:07CR00001 USA v. Kevin Strom**

   The exhibits filed on behalf of your client in the above-styled action will be destroyed, pursuant to Local Rule 12 of this Court adopted on March 9, 2010, unless picked up by you within thirty (30) days from the date of this letter.

   If you have any questions, please call (434) 296-9284.

Attachment:   Exhibit List