AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Western_____ DISTRICT OF _____Virginia_____

USA

V.

Kevin Strom

**EXHIBIT AND WITNESS LIST**

Case Number: 3:07CR00001-001

| PRESIDING JUDGE<br>Norman K. Moon | PLAINTIFF'S ATTORNEY<br>William Gould | DEFENDANT'S ATTORNEY<br>Andrea Harris |
|---|---|---|
| TRIAL DATE(S)<br>1/14/08 | COURT REPORTER<br>Sonia Ferris | COURTROOM DEPUTY<br>Heidi N. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/14/2008 | X | X | Elements and Facts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages