KEVIN ALFRED STROM

316 OWEN DRIVE
JOHNSTOWN • PENNSYLVANIA • 15904
KEVIN@3950.NET
434-242-6948

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED C'h'ville
DEC 1 0 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

3:07CR00001-001

Norman K. Moon
United States District Judge
P.O. Box 657
Lynchburg, VA 24505

November 18th, 2014

Dear Judge Moon:

I intend to petition the Court to be removed from supervision (probation). To that end, I request that an attorney be appointed for me from the Federal Public Defender's office. Mr. Fred Heblich there is familiar with my case and advised me to write to you.

If you or your office have any questions on this matter, please write or call me.

Sincerely,

Kevin Alfred Strom.

cc: Fred Heblich