KEVIN ALFRED STROM
316 OWEN DRIVE
JOHNSTOWN PENNSYLVANIA
15904

FIRST CLASS MAIL

JOHNSTOWN PA 159
19 NOV 2014 PM 2 T

Norman K. Moon
United States District Judge
P.O. Box 657
Lynchburg, VA 24505

justice
FOREVER