FILED
04/16/2020
CLERK'S OFFICE U.S. DIST. COURT

JULIA C. DUDLEY, CLERK
BY: _H. Wheeler_
DEPUTY CLERK

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>3:07CR00001-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Kevin Alfred Strom<br><br>Erie, PA | DISTRICT<br><br>Western District of Virginia | DIVISION<br><br>Charlottesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Norman K. Moon | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>9/3/2008 | TO<br>9/2/2023 |

| OFFENSE<br>Possession of child pornography, 18:2252A(a)(5)(B) and 2252A(b)(2) |
|---|

| **PART 1 - ORDER TRANSFERRING JURISDICTION** |
|---|

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 13, 2020

*Date*

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

| **PART 2 - ORDER ACCEPTING JURISDICTION** |
|---|

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF PENNSYLVANIA</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 14, 2020

*Effective Date*

United States District Judge